UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA KRUK, | : | CIVIL ACTION NO. 302CV121 (AVC) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| PECHINEY PLASTICS PACKAGING, INC. and | : | |
| METROPOLITAN LIFE INSURANCE CO., INC. | : | |
| | : | |
| Defendants. | : | OCTOBER 24, 2003 |

JOINT MOTION TO EXTEND THE DUE DATE FOR THE JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b), Plaintiff, Rita Kruk, Defendants, Pechiney Plastics Packaging, Inc. ("Pechiney") and Metropolitan Life Insurance Company, Inc. ("MetLife"), respectfully request a modification of this Court's pretrial order dated October 6, 2003. Specifically, the parties request a thirty (30) day extension of time to submit the joint trial memorandum, up to and including December 5, 2003.

In support of this motion, the parties show good cause by stating as follows:

1.     On October 6, 2003, this Court issued a pretrial order that the parties jointly submit a trial memorandum by November 5, 2003.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

2.      Plaintiff's counsel is a solo practitioner, and is scheduled to pick a jury in another case in state court, on October 21, 2003 and anticipates that jury selection will take three to four days and the trial will take three days.  In addition, Plaintiff's counsel has another trial that is scheduled to begin on November 5, 2003, and anticipates a similar amount of time for jury selection and trial, not including preparation.  Further, Plaintiff's counsel is scheduled to begin a third jury trial on November 24, 2003, wherein jury selection and trial may take two full weeks.

3.      The partner responsible for the matter on behalf of MetLife also has a trial in November and the associate responsible for the matter will be involved in discovery during the month of November that will require her to spend significant amounts time traveling.

4.      Because of the parties' previously scheduled commitments, the parties cannot reasonably coordinate to prepare the joint trial memorandum by November 5, 2003.

5.      The parties therefore move this Court for a thirty day extension of time, through and including December 5, 2003 to submit the joint trial memorandum.

6.      This is the parties' first motion for a modification of the pretrial order.

        WHEREFORE, based on the foregoing, the parties requests a thirty day extension of time to submit the joint trial memorandum, up to and including December 5, 2003.

Respectfully submitted,


PLAINTIFF,                              DEFENDANT,
RITA KRUK                               PECHINEY PLASTICS PACKAGING, INC.


By_____     By _____
    John J. Evans, Esq. (ct06288)           Kenneth W. Gage, Esq. (ct12965)
    30 Oak Street                           Melissa L. Bellavia, Esq. (ct22319)
    Stamford, CT 06905                      Day, Berry & Howard LLP
                                            One Canterbury Green
                                            Stamford, Connecticut 06901
                                            (203) 977-7300
                                            mlbellavia@dbh.com
                                            Its Attorneys


                                        DEFENDANT,
                                        METROPOLITAN LIFE INSURANCE CO.,
                                        INC.


                                        By_____
                                            Theodore J. Tucci, Esq. (ct.05249)
                                            Erin K. Choquette, Esq. (ct. 18585)
                                            Robinson & Cole
                                            280 Trumbull Street
                                            Hartford, CT 06103-3597
                                            Tel: 860-275-8200
                                            Fax: 860-275-8299
                                            ttucci@rc.com

-3-

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 24th day of October, 2003, via first-class mail, postage prepaid, to:

John J. Evans
30 Oak Street
Stamford, CT 06905

Erin K. Choquette
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

_____
Melissa L. Bellavia