


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK, | : CIVIL ACTION NO. 302CV121 (AVC) |
| Plaintiff, | : |
| VS. | : |
| | : |
| PECHINEY PLASTICS PACKAGING, INC. and | : |
| METROPOLITAN LIFE INSURANCE CO., INC. | : |
| | : |
| Defendants. | : OCTOBER 24, 2003 |

### JOINT MOTION TO EXTEND THE DUE DATE FOR THE JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b), Plaintiff, Rita Kruk, Defendants, Pechiney Plastics Packaging, Inc. ("Pechiney") and Metropolitan Life Insurance Company, Inc. ("MetLife"), respectfully request a modification of this Court's pretrial order dated October 6, 2003. Specifically, the parties request a thirty (30) day extension of time to submit the joint trial memorandum, up to and including December 5, 2003.

In support of this motion, the parties show good cause by stating as follows:

1. On October 6, 2003, this Court issued a pretrial order that the parties jointly submit a trial memorandum by November 5, 2003.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

GRANTED.
Alfred V. Covello, U.S.D.J.
October 29, 2003.
SO ORDERED.