UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA KRUK, | : | CIVIL ACTION NO. 302CV121 (AVC) |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| PECHINEY PLASTICS PACKAGING, INC. and | : | |
| METROPOLITAN LIFE INSURANCE CO., INC. | : | |
| | : | |
| Defendants. | : | NOVEMBER 21, 2003 |

## DEFENDANTS' JOINT MOTION TO EXTEND THE DUE DATE FOR THE JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b) Defendants, Pechiney Plastics Packaging, Inc. ("Pechiney") and Metropolitan Life Insurance Company, Inc. ("MetLife"), (collectively "Defendants") respectfully request a modification of this Court's order dated October 29, 2003.  Specifically, the parties request a thirty (30) day extension of time to submit the joint trial memorandum, up to and including January 5, 2003.

In support of this motion, the Defendants show good cause by stating as follows:

1.      On October 6, 2003, this Court issued a pretrial order that the parties jointly submit a trial memorandum by November 5, 2003.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

-2-

2.   The parties moved for an extension of time to submit the joint trial memorandum due to their conflicting schedules, including plaintiff's counsel's trial schedule.  On or about October 29, 2003, this Court granted the parties' first motion for extension of time to submit the joint trial memorandum up to and including December 5, 2003.

3.   On November 13, 2003, the parties participated in a settlement conference with the Honorable J. Read Murphy.

4.   Although the settlement conference did not result in a settlement that day, the Defendants and, upon information and belief the plaintiff, would like to continue their efforts toward settlement.  Mr. Murphy offered to participate in another settlement conference with the parties.

5.   The Defendants believe that another settlement conference would be productive and may facilitate a settlement.  The Defendants would like to schedule another settlement conference in the upcoming weeks.  Upon information and belief, the plaintiff would also like to continue to engage in settlement discussions.

6.   Therefore, the Defendants move this Court for a thirty day extension of time, through and including January 5, 2003 to submit the joint trial memorandum.

7.   Upon information and belief, the plaintiff's counsel, a solo practitioner, is on trial beginning November 24, 2003 in Superior Court and is unable to work with other counsel of record during the week of November 24, 2003 on the joint trial memorandum.

8.     Counsel for Pechiney has attempted to reach the plaintiff's counsel on several occasions to ascertain his position on the motion for extension of time. Counsel for Pechiney has left voicemail messages for the plaintiff's counsel on November 14, 2003 and November 21, 2003 and sent email messages on November 18, 2003 and November 20, 2003. However, plaintiff's counsel he has not returned any of the email or telephone messages.

9.     This is the second motion for a modification of the pretrial order.

WHEREFORE, based on the foregoing, the Defendants requests a thirty day extension of time to submit the joint trial memorandum, up to and including January 5, 2003.

-4-

Respectfully submitted,

| | |
|---|---|
| DEFENDANT,<br>METROPOLITAN LIFE INSURANCE CO., INC. | DEFENDANT,<br>PECHINEY PLASTICS PACKAGING, INC. |
| By_____<br>　Theodore J. Tucci, Esq. (ct.05249)<br>　Erin K. Choquette, Esq. (ct. 18585)<br>　Robinson & Cole<br>　280 Trumbull Street<br>　Hartford, CT 06103-3597<br>　Tel: 860-275-8200<br>　Fax: 860-275-8299<br>　ttucci@rc.com | By _____<br>　Kenneth W. Gage, Esq. (ct12965)<br>　Melissa L. Bellavia, Esq. (ct22319)<br>　Day, Berry & Howard LLP<br>　One Canterbury Green<br>　Stamford, Connecticut 06901<br>　(203) 977-7300 (telephone)<br>　(203) 977-7301 (facsimile)<br>　mlbellavia@dbh.com<br>　Its Attorneys |

-5-

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 21st day of November, 2003, via first-class mail, postage prepaid, to:

John J. Evans
30 Oak Street
Stamford, CT 06905

Erin K. Choquette
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

                                                                                           _____
                                                                                           Melissa L. Bellavia