UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK, | : CIVIL ACTION NO. 302CV121 (AVC) |
| Plaintiff, | : |
| VS. | : |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE CO., INC. | : |
| Defendants. | : NOVEMBER 21, 2003 |

### DEFENDANTS' JOINT MOTION TO EXTEND THE DUE DATE FOR THE JOINT TRIAL MEMORANDUM

Pursuant to Local Rule 7(b) Defendants, Pechiney Plastics Packaging, Inc. ("Pechiney") and Metropolitan Life Insurance Company, Inc. ("MetLife"), (collectively "Defendants") respectfully request a modification of this Court's order dated October 29, 2003. Specifically, the parties request a thirty (30) day extension of time to submit the joint trial memorandum, up to and including January 5, 2003.

In support of this motion, the Defendants show good cause by stating as follows:

1. On October 6, 2003, this Court issued a pretrial order that the parties jointly submit a trial memorandum by November 5, 2003.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

November 25, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.