

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

January 27, 2004
10:00 a.m.



NOTICE TO COUNSEL:  ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:02CV00121(AVC)   Kruk v. Pechiney Plastics, et al

Melissa L. Bellavia
Kenneth William Gage
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

John J. Evans
30 Oak St.
Stamford, CT 06905

Elizabeth A. Fowler
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Erin O'Brien Choquette
Theodore J. Tucci
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK