UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK, | : CIVIL ACTION NO. 302CV121 (AVC) |
| Plaintiff, | : |
| VS. | : |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE CO., INC. | : |
| Defendants. | : JUNE 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 17(e) of the local Rules of Civil Procedure, the undersigned attorney hereby moves to withdraw her appearance in the above-captioned case for the Defendant Pechiney Plastics Packaging, Inc. ("Pechiney"). Counsel from the firm of Paul, Hastings, Janofsky & Walker LLP have already appeared of record for Pechiney and no hardship will be occasioned by this withdrawal.

Respectfully submitted,

_____
Melissa L. Bellavia, Esq. (ct22319)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
Tel. (203) 977-7300
Fax (203) 977-7301
E-mail: mlbellavia@dbh.com

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 7th day of June, 2004, via first-class mail, postage prepaid, to:

John J. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Erin K. O'Brien
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Timothy Guerra, Esq.
Senior Attorney
Pechiney Services America
8770 West Bryn Mawr Avenue
Mail Code 09 J
Chicago, IL  60631

                                                Melissa L. Bellavia