FILED

2004 JUN -8 A 10: 46

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK, | : CIVIL ACTION NO. 302CV121 (AVC) |
| Plaintiff, | : |
| VS. | : |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE CO., INC. | : |
| Defendants. | : JUNE 7, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 17(e) of the local Rules of Civil Procedure, the undersigned attorney hereby moves to withdraw her appearance in the above-captioned case for the Defendant Pechiney Plastics Packaging, Inc. ("Pechiney"). Counsel from the firm of Paul, Hastings, Janofsky & Walker LLP have already appeared of record for Pechiney and no hardship will be occasioned by this withdrawal.

Respectfully submitted,

Melissa L. Bellavia, Esq. (ct22319)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
Tel. (203) 977-7300
Fax (203) 977-7301
E-mail: mlbellavia@dbh.com

June 14, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 JUN 14 P 2:26
U.S. DISTRICT COURT
HARTFORD, CT.