```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT


                  JURY SELECTION CALENDAR

         HONORABLE ALFRED V. COVELLO, U.S.D.J.
                     450 MAIN STREET
                        HARTFORD
                  COURTROOM #1 - ANNEX
```

**September 2, 2004**

**10:00 a.m.**

**TRIAL TO COMMENCE MONDAY SEPTEMBER 27, 2004**D

RESCHEDULED FROM JUNE 14, 2004

CASE NO. **3:02cv121(AVC) Rita Kruk v. Pechiney Plastics, et al**

John J. Evans
30 Oak St.
Stamford, CT 06905

Elizabeth A. Fowler
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Kenneth William Gage
Paul, Hastings, Janofsky & Walker - CT
1055 Washington Blvd., 9Th Floor
Stamford, CT 06901

Erin O'Brien Choquette
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Theodore J. Tucci
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

```
                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK
```