UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK, | ) Civ. No. 3:02-CV-121 (AVC) |
| Plaintiff, | ) |
| -against- | ) |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE COMPANY, INC., | ) |
| Defendants. | ) |

## APPEARANCE OF SARAH E. GRAVES

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-captioned case for the Defendant, Pechiney Plastics Packaging, Inc.

Dated: August 18, 2004

                                         Respectfully submitted,

                                         _____
                                         Sarah E. Graves (ct15897)
                                         Paul, Hastings, Janofsky & Walker LLP
                                         1055 Washington Boulevard
                                         Stamford, CT 06901-2217
                                         Phone: (203) 961-7400
                                         Fax: (203) 359-3031
                                         E-mail: sarahgraves@paulhastings.com

                                         Counsel for Defendant
                                         PECHINEY PLASTICS PACKAGING, INC.

STM /280567.1

## **CERTIFICATE OF SERVICE**

The undersigned, a Member of the bar of this Court, hereby certifies that she has caused to be served via regular mail a true and correct copy of the foregoing Appearance of Sarah E. Graves on the 18th day of August, 2004 on:

> John J. Evans, Esq.
> Law Office of John J. Evans
> 30 Oak Street
> Stamford, CT 06905
>
> Theodore J. Tucci, Esq.
> Erin K. O'Brien Choquette, Esq.
> Robinson & Cole
> 280 Trumbull Street
> Hartford, CT 06103

_____
Sarah E. Graves