**ORIGINAL**

United States District Court
District of Connecticut
FILED AT HARTFORD
9/2/04
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RITA KRUK, | ) | Civ. No. 3:02-CV-121 (AVC) |
| Plaintiff, | ) | |
| -against- | ) | |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE COMPANY, INC., | ) | |
| Defendants. | ) | September 1, 2004 |

### DEFENDANT PECHINEY PLASTICS PACKAGING, INC.'S SUPPLEMENTAL VOIR DIRE QUESTION

Defendant, Pechiney Plastics Packaging, Inc. would like to supplement it's Proposed Voir Dire Questions, which were filed as part of Defendants' Trial Memorandum on January 5, 2004, by changing Question # 8 as follows:

> 8. The Defendant Pechiney Plastics Packaging, Inc. in this case is represented by Kenneth W. Gage and Sarah E. Graves of the firm of Paul, Hastings, Janofsky & Walker LLP in Stamford, Connecticut. Do You know either of these lawyers or any lawyers at Paul, Hastings, Janofsky & Walker?

Counsel has moved from the originally designated firm of Day, Berry & Howard and has substituted associate counsel, therefore this revision to Question # 8 reflects the current counsel representing Defendant Pechiney Plastics Packaging, Inc.

Dated: September 1, 2004

                                  Respectfully submitted,

                                  _____
                                  Ken W. Gage (ct12965)
                                  Sarah E. Graves (ct15897)
                                  Paul, Hastings, Janofsky & Walker LLP
                                  1055 Washington Boulevard
                                  Stamford, CT 06901-2217
                                  Phone: (203) 961-7400
                                  Fax: (203) 359-3031
                                  E-mail: sarahgraves@paulhastings.com

                                  Counsel for Defendant
                                  PECHINEY PLASTICS PACKAGING, INC.

## CERTIFICATE OF SERVICE

The undersigned, a Member of the bar of this Court, hereby certifies that she has caused to be served via hand delivery a true and correct copy of the foregoing Defendant Pechiney Plastics Packaging, Inc.'s Supplemental Voir Dire Question on the 2nd day of September, 2004 on:

> John J. Evans, Esq.
> Law Office of John J. Evans
> 30 Oak Street
> Stamford, CT 06905
>
> Theodore J. Tucci, Esq.
> Erin K. O'Brien Choquette, Esq.
> Robinson & Cole
> 280 Trumbull Street
> Hartford, CT 06103

_____
Sarah E. Graves

STM/281210.1