UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PECHINEY PLASTICS PACKAGING, INC. and<br>METROPOLITAN LIFE INSURANCE CO., INC.<br><br>　　　　　　　　Defendants. | NO. 3:02CV121 (AVC)<br><br><br><br><br><br><br>SEPTEMBER 15, 2004 |

## MOTION FOR LEAVE TO VIDEOTAPE TRIAL TESTIMONY

The Defendant, Pechiney Plastics Packaging, Inc. ("Pechiney"), hereby moves pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure for leave to preserve on videotape the testimony of a third party witness, Edward Fitzgerald, who will be out of the United States during trial. The undersigned has conferred with all counsel in this case regarding this request. Co-defendant, Metropolitan Life Insurance Company, Inc. consents to this application, but the plaintiff, Rita Kruk ("Kruk") objects. Mr. Fitzgerald already has been deposed, and therefore Pechiney seeks leave of court for this videotaped deposition.

This case involves, among other things, Kruk's claim that during her employment with Pechiney, a co-worker, Ashok Sethi, engaged in inappropriate conduct that Kruk believes constitutes sexual harassment under Title VII. Edward Fitzgerald was, until January 2000, Kruk's supervisor and he will testify among other things, that during his employment Kruk never

-1-

brought to his attention any issued of sexual harassment involving Mr. Sethi. Mr. Fitzgerald is no longer employed by Pechiney, having left the company in January 2000. Mr. Fitzgerald is leaving the country on a previously scheduled, prepaid family vacation to Europe on September 27, 2004, the day trial is scheduled to begin, and he will not be returning to the United States until October 6, 2004, after the trial is expected to be completed.

Given the limited nature of Mr. Fitzgerald's testimony, his videotaped deposition will likely last no more than two hours. This is NOT a discovery deposition. The subjects that Pechiney intends to cover in Mr. Fitzgerald's trial testimony were covered by Kruk's counsel in the first deposition, so Kruk cannot claim any prejudice if this application is granted. The deposition will be taken in Stamford, Connecticut, convenient to Kruk's counsel and to Mr. Fitzgerald. And Pechiney will bear the costs associated with recording Mr. Fitzgerald's testimony.

WHEREFORE, Pechiney respectfully requests leave of court to take the videotaped deposition of third-party witness, Edward Fitzgerald, at 9:30 a.m. on September 24, 2004 in Stamford, Connecticut.

DEFENDANT,
PECHINEY PLASTICS PACKAGING, INC.

By: /s/ Kenneth W. Gage
Kenneth W. Gage, Esq. (ct12905)
Sarah E. Graves, Esq. (ct15897)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, Connecticut  06901
(203) 961-7400 (telephone)
(203) 359-3031 (facsimile)
kennethgage@paulhastings.com
sarahgraves@paulhastings.com
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Motion for Leave to Videotape Trial Testimony was mailed this 15th day of September, 2004, via first-class mail, postage prepaid, to:

> John J. Evans
> 30 Oak Street
> Stamford, CT  06905
>
> Theodore J. Tucci
> Erin K. O'Brien
> Robinson & Cole
> 280 Trumbull Street
> Hartford, CT  06103-3597

_____
Sarah E. Graves

STM/282001.1