UNITED STATES DISTRICT COURT  
DISTRICT OF CONNECTICUT

FILED  
2004 SEP 16 A 10:50  
DISTRICT COURT

| RITA KRUK | NO. 3:02CV121 (AVC) |
|---|---|
| Plaintiff, | |
| 'S PACKAGING, INC. and FE INSURANCE CO., INC. | |
| Defendants. | SEPTEMBER 15, 2004 |

**N FOR LEAVE TO VIDEOTAPE TRIAL TESTIMONY**

, Pechiney Plastics Packaging, Inc. ("Pechiney"), hereby moves pursuant

Federal Rules of Civil Procedure for leave to preserve on videotape the

rty witness, Edward Fitzgerald, who will be out of the United States

rsigned has conferred with all counsel in this case regarding this request.

olitan Life Insurance Company, Inc. consents to this application, but the

Kruk") objects. Mr. Fitzgerald already has been deposed, and therefore

f court for this videotaped deposition.

ves, among other things, Kruk's claim that during her employment with

Ashok Sethi, engaged in inappropriate conduct that Kruk believes

ssment under Title VII. Edward Fitzgerald was, until January 2000,

he will testify among other things, that during his employment Kruk never

-1-

---

September 20, 2004. The motion is GRANTED to the extent it seeks leave to conduct the video-deposition at issue. To the extent the motion seeks an order admitting into evidence that video in advance of trial, the motion is DENIED. The defendant may move for admission of the video tape during the course of trial.

SO ORDERED.

Alfred V. Covello, U.S.D.J.