UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br>    PLAINTIFF | :<br>: Civil Action No. 302CV121 (AVC)<br>: |
| v. | :<br>: |
| PECHINEY PLASTIC PACKG. INC.,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, INC.,<br>    DEFENDANTS | :<br>:<br>:<br>: SEPTEMBER 22, 2004 |

## METLIFE'S MOTION *IN LIMINE* REGARDING
## ORDER OF EVIDENCE PRESENTED AT TRIAL

Defendant Metropolitan Life Insurance Company ("MetLife") moves *in limine* for an order that all evidence relating to the plaintiff's ERISA claim be presented to the Court only after the close of evidence to the jury regarding the plaintiff's Title VII/hostile work environment claim. A memorandum of law in support of this motion is filed herewith.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

_____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, postage prepaid, and facsimile, on this 22nd day of September, 2004 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Erin O'Brien Choquette