UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br>    PLAINTIFF | :<br>:  Civil Action No. 302CV121 (AVC)<br>: |
| v. | : |
| PECHINEY PLASTIC PACKG. INC.,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, INC.,<br>    DEFENDANTS | :<br>:<br>:<br>:  SEPTEMBER 22, 2004 |

## METLIFE'S MOTION *IN LIMINE* TO LIMIT
## THE EVIDENCE OFFERED RELATING TO THE ERISA CLAIM

Defendant Metropolitan Life Insurance Company ("MetLife") moves *in limine* for an order limiting the evidence admissible in the plaintiff's ERISA claim to the administrative record and testimony from the claims examiner regarding MetLife's claims review process. Specifically, MetLife seeks to preclude any attempt by the plaintiff to introduce documentary evidence outside of the administrative record or testimonial evidence – including any testimony by the plaintiff – other than the limited testimony of the MetLife claims examiner. A memorandum of law in support of this motion is filed herewith.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

_____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, postage prepaid, and facsimile, on this 22nd day of September, 2004 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

_____
Erin O'Brien Choquette