UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br>    PLAINTIFF | :<br>: Civil Action No. 302CV121 (AVC)<br>: |
| v. | :<br>: |
| PECHINEY PLASTIC PACKG. INC.,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, INC.,<br>    DEFENDANTS | :<br>:<br>:<br>: SEPTEMBER 22, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that on September 22, 2004 the Defendant, Metropolitan Life Insurance Company, has manually filed the following documents:

1. MetLife's Motion *In Limine* Regarding Order of Evidence Presented at Trial.
2. MetLife's Memorandum of Law in Support of Motion *In Limine* Regarding Order of Evidence Presented at Trial.
3. MetLife's Motion *In Limine* to Limit the Evidence Offered Relating to the ERISA Claim.
4. MetLife's Memorandum of Law in Support of Motion *In Limine* to Limit the Evidence Offered Relating to the ERISA Claim.
5. MetLife's Objections to Plaintiff's Proposed Exhibits.

These documents have not been filed electronically because the electronic file size of the documents exceeds 1.5 megabytes. This document has been manually served on all parties.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

*/s/ E. O'B. Choquette*

Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200

HART1-1185733-1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and first-class U.S. mail, postage prepaid, on this 22nd day of September, 2004 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

                                                   Erin O'Brien Choquette