# ORIGINAL

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 SEP 24  A 10: 54

U.S. DISTRICT COURT

|  |  |
|---|---|
| RITA KRUK | CIVIL ACTION NO. |
| Plaintiff, | 3:02CV121 (AVC)qw |
| - against - |  |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE COMPANY, INC. |  |
| Defendants. | September 22, 2004 |

## DEFENDANT PECHINEY PLASTICS PACKAGING, INC.'S MOTION IN LIMINE TO PRECLUDE EVIDENCE AND TESTIMONY CONCERNING CLAIMS DISMISSED BY THIS COURT

Defendant Pechiney Plastics Packaging, Inc. ("Pechiney") by its counsel Paul, Hastings, Janofsky & Walker LLP, hereby respectfully requests this court to preclude Plaintiff Rita Kruk ("Kruk") from offering evidence and testimony regarding claims previously dismissed by this Court. See Summary Judgment Order dated September 30, 2003. ("Sum. J. Ord. at ___."). Pechiney respectfully requests that this Court exclude any and all evidence or testimony concerning Kruk's claims of gender discrimination, retaliation, the conduct of Kruk's Supervisor, Jean Paul Meausoone, and that Pechiney arbitrarily and capriciously denied her severance benefits, as well as allegations regarding general swearing by Kruk's co-worker, Ashok Sethi. Testimony or evidence of this nature should be precluded at trial because: (1) it is irrelevant to Kruk's sole remaining claim against Pechiney: that a co-worker, Mr. Ashok Sethi, created a sexually hostile environment and has no probative value to the issues presently before the court; and (2) any possible probative value is

substantially outweighed by the danger of unfair prejudice, confusion of the issues and potentially

misleading the jury.  Accordingly, for all of the reasons stated herein, and in the Memorandum of

Law submitted in support of this Motion, Pechiney respectfully requests any testimony or evidence

proffered by Kruk or any other witness concerning claims dismissed by this court should be excluded

at trial.

Respectfully Submitted,

By: _____

Kenneth W. Gage(ct12965)
Sarah E. Graves (ct15897)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:  (203) 359-3031
Email:  kennethgage@paulhastings.com
            sarahgraves@paulhastings.com

Counsel for Defendant
PECHINEY PLASTICS PACKAGING, INC.

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Defendant's Motion In Limine

To Preclude Evidence and Testimony Concerning Claims Dismissed By This Court was served via

~~hand delivery~~ overnight, postage prepaid, this 23rd day of September, 2004, to:

> John J. Evans
> Evans Law Offices LLC
> 30 Oak Street
> Stamford, CT  06905
>
> Theodore J. Tucci
> Erin K. O'Brien Choquette
> Robinson & Cole
> 280 Trumbull Street
> Hartford, CT  06103-3597

_____
Sarah E. Graves

STM/282423.1

-3-