106

02cv121 quash

FILED
2004 SEP 24 P 12: 37

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA KRUK

        Plaintiff,

v.

PECHINEY PLASTICS PACKAGING, INC. and
METROPOLITAN LIFE INSURANCE CO., INC.

        Defendants.

NO. 3:02CV121 (AVC)

SEPTEMBER 24, 2004

## MOTION TO QUASH SUBPOENA OF E. FITZGERALD

Edward Fitzgerald, by his counsel, Paul, Hastings, Janofsky & Walker LLP, hereby moves to quash the subpoena issued to him in this matter, dated September 13, 2004.

### Background

As the Court already is aware, Edward Fitzgerald, a third-party witness, has a previously scheduled vacation in Europe, starting on September 27, 2004, and his testimony will be videotaped in accordance with the Court's decision granting Pechiney leave of court for that deposition. On Thursday, September 16, 2004, Plaintiff's counsel served Mr. Fitzgerald with a subpoena, commanding his appearance at trial and requesting documents. This was days after the undersigned notified Plaintiff's counsel that Mr. Fitzgerald was scheduled to be in Europe on vacation with this wife the week of trial. After an unsuccessful attempt to arrange a videotape deposition to preserve his testimony at trial, Pechiney moved the Court for leave to do so. That

-1-

September 24, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.