**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK<br><br>　　　　Plaintiff,<br><br>- against -<br><br>PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE COMPANY, INC.<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>3:02CV121 (AVC)<br><br><br><br><br><br>September 22, 2004 |

## DEFENDANT PECHINEY PLASTICS PACKAGING, INC.'S MOTION IN LIMINE TO PRECLUDE EVIDENCE AND TESTIMONY CONCERNING CLAIMS DISMISSED BY THIS COURT

Defendant Pechiney Plastics Packaging, Inc. ("Pechiney") by its counsel Paul, Hastings, Janofsky & Walker LLP, hereby respectfully requests this court to preclude Plaintiff Rita Kruk ("Kruk") from offering evidence and testimony regarding claims previously dismissed by this Court. See Summary Judgment Order dated September 30, 2003. ("Sum. J. Ord. at ___."). Pechiney respectfully requests that this Court exclude any and all evidence or testimony concerning Kruk's claims of gender discrimination, retaliation, the conduct of Kruk's Supervisor, Jean Paul Meausoone, and that Pechiney arbitrarily and capriciously denied her severance benefits, as well as allegations regarding general swearing by Kruk's co-worker, Ashok Sethi. Testimony or evidence of this nature should be precluded at trial because: (1) it is irrelevant to Kruk's sole remaining claim against Pechiney: that a co-worker, Mr. Ashok Sethi, created a sexually hostile environment and has no probative value to the issues presently before the court; and (2) any possible probative value is

*[Margin annotation, left side, rotated:]* The motion is denied without prejudice to its reargument, if desired, during trial. SO ORDERED. September 27, 2004. Alfred V. Covello, U.S.D.J.