UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK<br><br>Plaintiff,<br><br>v.<br><br>PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE CO., INC.<br><br>Defendants. | NO. 3:02CV121 (AVC)<br><br><br><br><br>SEPTEMBER 22, 2004 |

## MOTION TO QUASH

Defendant, Pechiney Plastics Packaging, Inc. ("Pechiney"), by its counsel, Paul, Hastings, Janofsky & Walker LLP, hereby moves to quash the subpoenas issued to Pechiney and Jean-Paul Meausoone, dated September 13, 2004, <u>only insofar as such subpoenas seek the production of documents</u>. (Copies of these subpoenas are attached as Exhibit A.)

These subpoenas are an illegitimate attempt by the Plaintiff, Rita Kruk, to circumvent the discovery schedule set by the Court, as well as the Court's pre-trial order, dated October 6, 2003.

## BACKGROUND

Discovery closed in this matter on January 10, 2003. The Court granted partial summary judgment to the Defendants, Pechiney and Metropolitan Life Insurance Co., Inc., on September 30, 2003, leaving only two claims for trial – a Title VII claim for sexually hostile work environment and an ERISA claim for wrongful denial of long term disability benefits. Claims

-1-

September 27, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.