**UNTIED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KRUK, RITA    PLAINTIFF | : |
| v. | : Civil Action No: 302CV121(AVC) |
| PECHINEY PLASTICS, INC., AND MET LIFE, INC., | : |
| DEFENDANTS | : SEPTEMBER 28, 2002 |

FILED
2004 SEP 28 A
U.S. DISTRICT COURT
HARTFORD, CT.

**PLAINTIFF'S OBJECTION TO EXHIBITS**
**OF DEFENDANT, PECHINEY**

The Plaintiff in the above entitled action hereby objects to Defendant's, Pechiney's Exhibits 39 through 46, for the following reasons:

All of these Exhibits, 39 through 46, are deposition transcripts of parties or witnesses in this case, all of whom are available to give testimony at trial. Rule 32(a)(3) of the Federal Rules of Civil Procudure only permits the admitting of a deposition, if the witness is shown to be unavailable under certain circumstances. None of the circumstances provided in such Rule exist, and these witnesses should therefore testify in person at trial.

FOR THESE REASONS, Plaintiff respectfully requests that the Defendant's proposed Exhibits, 39 through 46 be excluded as Exhibits at trial in this action.

RESPECTFULLY REQUESTED,
THE PLAINTIFF,

By /s/ John J. Evans
John J. Evans, her attorney
Law Office of John J. Evans
30 Oak Street
Stamford, CT  06905
(203)353-8880
Fed. Bar No. ct06288

1

## ORDER

The above motion, having come before this Court, it is hereby ordered

GRANTED/DENIED.

_____
                                           U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed/delivered to all counsel and pro se parties of record as listed below this 28th day of September, 2004.

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2216

Theodore J. Tucci, Esq.
Erin K. O'Brien, Esq.
Robinson & Cole.
280 Trumbull Street
Hartford, CT 06103-3597

_____
John J. Evans, Esq.

2