AO 187 (Rev. 7/87) Exhibit and Witness List       Jury Trial

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2004 Defendants 54
U.S. DIST. COURT

Rita Kruk
v.
Pechiney Plastics, et al

**EXHIBIT ~~AND WITNESS~~ LIST**

Case Number: 3:02cv121 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Evans | Gage, Graves, Tucci, Choquette |
| TRIAL DATE(S) 9/27/04, 9/28/04, 9/29/04 | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 9/27/04 | ✓ | ✓ | Resume of Rita Kruk, w/ email |
|  | 2 | 9/27/04 | ✓ | ✓ | Sexual Harassment Policy Statement w/ acknow. |
| 31 |  | 9/27/04 | ✓ | ✓ | EEOC Complaint 5/2/01 |
| 32 |  | 9/27/04 | ✓ | ✓ | EEOC Notice w/ new charge |
|  | 10 | 9/27/04 | ✓ | ✓ | Answers to Written Questions (R to A) |
|  | 4 | 9/27/04 | ✓ | ✓ | Disability Application / Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages