AO 187 (Rev. 7/87) Exhibit and Witness List

Jury Trial

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2004 SEP 29 P 12:54

U.S. DISTRICT COURT

Rita Kruk

V.

Pechiney Plastics, et al

Defendant's EXHIBIT AND WITNESS LIST

Case Number: 3:02cv121 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Evans | Gage, Graves, Tucci, Choquette |
| TRIAL DATE(S) 9/27/04, 9/28/04, 9/29/04 | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/28/04 | | ✓ | Edward Fitzgerald, Pechiney – by video deposition |
| | 2 | 9/28/04 | | ✓ | Ashok Sethi, Westport, CT |
| | 3 | 9/28/04 | | ✓ | Jean-Paul Meausoone, Norwalk, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages