AO 187 (Rev. 7/87) Exhibit and Witness List

Jury Trial

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2004 SEP 29 P 12: 54

Rita Kruk

v.

Pechiney Plastics, et al

Plaintiff's ~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:02cv121 (AVC)

| PRESIDING JUDGE Covello | PLAINTIFF'S ATTORNEY Evans | DEFENDANT'S ATTORNEY Gage, Graves, Tucci, Choquette |
|---|---|---|
| TRIAL DATE(S) 9/27/04, 9/28/04, 9/29/04 | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/27/04 | | ✓ | Rita Kruk, Easton, CT |
| | | 9/28/04 | | ✓ | " " " (rebuttal) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages