AO 187 (Rev. 7/87) Exhibit and Witness List

Jury Trial

# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

Rita Kruk

v.

Pechiney Plastics, et al

**EXHIBIT** ~~AND WITNESS~~ **LIST**

Court FILED
2004 SEP 29 P 12:54

Case Number: 3:02cv121 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | Evans | Gage, Graves |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/27/04, 9/28/04, 9/29/04 | Lamoureux | Walker |

| Court NO. | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| Court | 1 | | 9/27/04 | | | Note from Juror #8 w/ 2 questions |
| | 2 | | 9/28/04 | | | "        "        "        " |
| | 3 | | 9/29/04 | | | Jury Charge |
| | 4 | | 9/29/04 | | | Note #4 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages