UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 29  P 12: 54

| | |
|---|---|
| RITA KRUK,<br>    Plaintiff,<br><br>v.<br><br>PECHINEY PLASTICS<br>PACKAGING, INC.,<br>    Defendant. | :<br>:<br>:<br>:  Civil No. 3:02CV121 (AVC)<br>:<br>:<br>:<br>: |

## VERDICT FORM

We the jury unanimously find as follows:

### I. Title VII and Sexual Harassment

Has the plaintiff, Rita Kruk, proven by a preponderance of the evidence that the defendant's employee, Ashok Sethi, subjected the plaintiff to a hostile working environment in violation of Title VII?

Yes_____    No __✓__

If you answered YES, proceed to Question II.  If you answered NO, your deliberations are complete.  The jury foreperson must sign and date this form.

### II. Title VII and Employer Liability

Has the plaintiff, Rita Kruk, proven by a preponderance of the evidence that the defendant provided no reasonable avenue for her to complain, or that the defendant knew of the harassment but unreasonably failed to stop it.

Yes_____    No_____

If you answered NO, your deliberations are complete.  The jury foreperson must sign and date this form.  If you answered YES, then you have found that the defendant violated Title VII. Proceed to question III below.

III. **Compensatory Damages**

If you found the defendant liable to the plaintiff, insert a damages amount that you determine to be fair, just and reasonable to compensate the plaintiff.

COMPENSATORY
DAMAGES.

$ _____

You have now completed your deliberations. Please date and sign this form below.

Dated at Hartford, Connecticut this 29th day of September, 2004.

*Kathleen Paddock*
Foreperson