AO 187 (Rev. 7/87) Exhibit and Witness List

Court Trial Only

United States District Court
~~
Filed

9/30/04

Kevin F. Rowe,

By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

### DISTRICT OF    CONNECTICUT

Rita Kruk

V.

Pechiney Plastics, et al

~~EXHIBIT AND~~ WITNESS LIST

Case Number:  3:02cv121 (AVC)

| PRESIDING JUDGE Covello | PLAINTIFF'S ATTORNEY Evans | | | DEFENDANT'S ATTORNEY Gage, Graves, Tucci, Choquette |
|---|---|---|---|---|
| TRIAL DATE (S) 9/27/04, 9/28/04, 9/29/04 | COURT REPORTER Lamoureux | | | COURTROOM DEPUTY Walker |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/27/04 | ' | ✓ | Ann Wallace, Chicago, IL |
| 2 | | 9/28/04 | | ✓ | Denise Paci, Fairfield, CT |
| | | 9/29/04 | | ✓ | Denise Paci, Fairfield, CT (previously sworn) |
| | | 9/29/04 | | ✓ | Ann Wallace, Chicago, IL (previously sworn) |
| 3 | | 9/29/04 | | ✓ | Rita Kruk, Easton, CT (previously sworn) |
| 4 | | 9/30/04 | | ✓ | Edward J Kruk, Easton, CT |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages