AO 187 (Rev. 7/87) Exhibit and Witness List

Court Trial

United States District Court
District of Connecticut
FILED AT ~~HARTFORD~~

9/30/04

Kevin F. Rowe, Clerk

By _____ J Walker
Deputy Clerk

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Defendant Met Life's
~~EXHIBIT AND~~ WITNESS LIST

Rita Kruk

V.

Pechiney Plastics, et al

Case Number: 3:02cv121 (AVC)

| PRESIDING JUDGE<br>Covello | PLAINTIFF'S ATTORNEY<br>Evans | DEFENDANT'S ATTORNEY<br>Gage, Graves, Tucci, Choquette |
|---|---|---|
| TRIAL DATE (S)<br>9/27/04, 9/28/04, 9/29/04, 9/30/04 | COURT REPORTER<br>Lamoureux | COURTROOM DEPUTY<br>Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/30/04 | | ✓ | Salvatore Marchese, MetLife, Middletown NY |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages