AO 187 (Rev. 7/87) Exhibit and Witness List

**Court Trial Only**

United States District Court
District of Connecticut
FILED AT HARTFORD
9/30/04 19
Kevin F. Rowe, Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

By _Walker_
Deputy Clerk

Rita Kruk

V.

Pechiney Plastics, et al

**Plaintiff's**
EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:02cv121 (AVC)

| PRESIDING JUDGE Covello | PLAINTIFF'S ATTORNEY Evans | DEFENDANT'S ATTORNEY Gage, Graves, Tucci, Choquette |
|---|---|---|
| TRIAL DATE(S) 9/27/04 | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3 | | 9/27/04 | ✓ | ✓ | Letter Wallace → Met Life |
| 40 | | 9/29/04 | ✓ | ✓ | Benefits Dept File from Pechiney |
| 1 | | 9/29/04 | ✓ | ✓ | Medical Records |
| 2 | | 9/29/04 | ✓ | ✓ | Diary Review Record - Met Life |
| 27 | | 9/29/04 | ✓ | ✓ | EMail Met → Pechiney |
| 41 | | 9/29/04 | | | |
| ~~33~~ | | ~~9/29/04~~ | | | |
| | N33 | 9/29/04 | | | Letter 7/20/01 Met → Kruk |
| | | 9/30/04 | | | π moves for all exhibits not objected to to be made full exhibits |
| | | | | | Obj by Pechiney to 33-39, 7, 11 + 31 all sustained except 7 becomes 7a + 7b |
| | | | | | See attached |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

United States District Court
District of Connecticut
FILED AT HARTFORD
9/27/04
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

## UNTIED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRUK, RITA, PLAINTIFF | : |
| | : |
| v. | : Civil Action No: 302CV121(AVC) |
| | : |
| PECHINEY PLASTICS, INC., AND | : |
| MET LIFE, INC., DEFENDANTS | : SEPTEMBER 13, 2004 |

### PLAINTIFF'S LIST OF EXHIBITS

Plaintiff, Rita Kruk, reserves the right to supplement or amend this exhibit list as necessary and to use any of the exhibits identified by the Defendants in their exhibit lists. Plaintiff also reserves the right to enter into evidence enlargements or summaries of any portion of the exhibits listed by the Defendants.

| | |
|---|---|
| Plaintiff's Exhibit 1 ✓ Full 9/29/04 | Medical Records file of MetLife, containing 132 pages, and bates stamped 1 through 132 |
| Plaintiff's Exhibit 2 ✓ Full 9/29/04 | "Diary Review Report" of MetLife, containing 11 pages, regarding plaintiff's LTD claim |
| Plaintiff's Exhibit 3 ✓ Full 9/29/04 | Letter from Billie Wallace to Kim Cahill, relating to Plaintiff's application for LTD benefits (1 page), with attachments, including "Disability Claim Employer's Statement,"-(1 page), "Attending Physician's Statement of Functional Incapacity,"-(2 pages), "Statement of Claim"-(2 pages), Release Form (1 page), and Reimbursement Agreement (1 page), containing 7 pages in all |
| Plaintiff's Exhibit 4 | Letter from Linda Nelson to Rita Kruk, dated 1/31/01 |
| Plaintiff's Exhibit 5 | Letter from Linda Nelson to Rita Kruk, dated 2/26/01, 2 pages |
| Plaintiff's Exhibit 6 | Letter from Plaintiff to Linda Nelson, dated 3/9/01, 1 page |
| Plaintiff's Exhibit 7   No  7a + 7b As 2exh | Distribution list dated 3/27/01, regarding request for IPC, containing 4 pages |
| Plaintiff's Exhibit 8   Full | "Physician Consultant Review," of Dr. Jefrey D. Lieberman, M.D., dated 3/29/01, 2 pages |

Full 9/29/04

1

| Plaintiff's Exhibit 9  Full 9/30/04 | Revised denial letter from Linda Nelson to Plaintiff, dated 3/30/01, 2 pages |
|---|---|
| Plaintiff's Exhibit 10  Full 9/30/04 | Letter from Plaintiff to MetLife, dated May 29, 2001, (1 page), with two pages attached, 3 pages total |
| Plaintiff's Exhibit 11 | Deposition of Ann (Billie) Wallace, dated November 4, 2002 |
| Plaintiff's Exhibit 12 | Letter from Linda A. Nelson to Plaintiff, dated June 25, 2001 |
| Plaintiff's Exhibit 13 | Letter from Marilyn Vogel, Esq. To Elliot Warren, Esq. dated January 22, 2001 |
| Plaintiff's Exhibit 14 | Disability Claim Employer Statement, dated 1/15/01, one page. |
| Plaintiff's Exhibit 15 | Pechiney Disability Benefits Plan, of 21 pages |
| Plaintiff's Exhibit 16 | Administrative Services Agreement, between Pechiney and MetLife, of 39 pages |
| Plaintiff's Exhibit 17 | Letter from Linda Nelson to Rita Kruk, dated 1/31/01 |
| Plaintiff's Exhibit 18 | Letter from Linda Nelson to Rita Kruk, dated 2/26/01 |
| Plaintiff's Exhibit 19 | Physicians Disability Report and Certificate of Health Care Provider |
| Plaintiff's Exhibit 20 | Letter to Dr. Michael Wolk, from Dr. Gary Goldman, dated 1/18/01 |
| Plaintiff's Exhibit 21 | Fax Transmittal dated April 6, 2001, and Physician Consultant Review dated 3/29/01 |
| Plaintiff's Exhibit 22 | Letter from Linda Nelson to Rita Kruk, dated 3/30/01 |
| Plaintiff's Exhibit 23 | Letter from Rita Kruk to Linda Nelson dated 5/29/01 |
| Plaintiff's Exhibit 24 | Report of Dr. David Witt, dated 5/6/01 |
| Plaintiff's Exhibit 25 | Report of Dr. Leon Tec, dated 5/24/01 |
| Plaintiff's Exhibit 26 | Fax from MetLife to Dr. David Witt, dated 7/12/01, 2 pages |
| Plaintiff's Exhibit 27 | E-mail and letter from Sal Marchese to Billie Wallace each dated 9/19/01, with draft of denial letter. 4 pages |
| Plaintiff's Exhibit 28 | Email from Karin Mohry to Sal Marchese, dated 9/27/01, and reply from Sal Marchese to Kim Cahill, same date, 1 page, and e-mail to Sal Marchese, 1/3 page |
| Plaintiff's Exhibit 29 | Denial letter from Sal Marchese to Rita Kruk, dated September 27, 2001 |
| Plaintiff's Exhibit 30 | Fax cover sheet and responses of Dr. David Witt, to questions asked by MetLife, in its fax to Dr. Witt, dated 7/12/01, of 2 pages |
| Plaintiff's Exhibit 31 | Charge of Discrimination, Charge Number 161-A1-0287, dated May 2, 2001, of 3 pages including 2 page statement |

2

Obj

| Plaintiff's Exhibit 32 | EEOC Notice of Charge of Discrimination, dated 5/3/01, and EEOC New Charge Questionnaire, of 5 pages total |
|---|---|
| Plaintiff's Exhibit 33 | EEOC letter to Elliot Warren and Thomas O'Donohue, dated 5/11/01, inviting to mediate |
| Plaintiff's Exhibit 34 | Letter from Elliot Warren to Marilyn Vogel dated June 21, 2001 |
| Plaintiff's Exhibit 35 | Social Security Administration "Disability Report Adult" dated 3/7/01 (8 pages), along with application for replacement Social Security Card (1 page) |
| Plaintiff's Exhibit 36 | EEOC Proposed Negotiated Settlement Agreement (Redacted, of 2 pages) |
| Plaintiff's Exhibit 37 | Plaintiff's 2000 W-2 wage and Tax Statement from Defendant Pechiney |
| Plaintiff's Exhibit 38 | Letter from Dr. Leon Tec dated September 9, 2004 |
| Plaintiff's Exhibit 39 | Letter from Dr. David Witt dated September 8, 2004 |

π's   40   Benefits File
Obj π's   41   Email

THE PLAINTIFF,

By [signature]
John J. Evans, her attorney
Law Office of John J. Evans
30 Oak Street
Stamford, CT 06905
(203) 353-8880
Fed. Bar No. CT06288

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent to all counsel of record as listed below this /5 day of September, 2004.

Kenneth W. Gage, Esq. (By Hand)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901-2216


Theodore J. Tucci, Esq. (Via Federal Express)
Erin K. O'Brien, Esq.
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

_____
John J. Evans, Esq.

4