AO 187 (Rev. 7/87) Exhibit and Witness List

Court Trial Only

United States District Court
District of Connecticut
FILED AT HARTFORD
9/30/04
Kevin F. Rowe, Clerk
gwalker
Deputy Clerk

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RITA KRUK

V.

PECHINEY PLASTICS, ET AL

Defendant Pechiney's
EXHIBIT AND WITNESS LIST

Case Number: 3:02CV121 (AVC)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Covello | John Evans | Gage, Graves, Tucci, Choquette |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/27/07 - 9/30/04 | Lamoureux | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/30/04 | | | See Attached – did not present any witnesses, used #10 on Xexam |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK<br><br>                    Plaintiff,<br><br>v.<br><br>PECHINEY PLASTICS PACKAGING, INC. and<br>METROPOLITAN LIFE INSURANCE CO., INC.<br><br>                    Defendants. | NO. 3:02CV121 (AVC)<br><br><br><br><br><br>SEPTEMBER 13, 2004 |

## DEFENDANT PECHINEY PLASTICS PACKAGING INC.'S LIST OF EXHIBITS

The Defendant, Pechiney Plastics Packaging, Inc. ("Pechiney"), by its attorneys, Paul, Hastings, Janofsky & Walker LLP, reserves the right to supplement or amend this exhibit list as necessary and to use any of the exhibits identified by the plaintiff and/or Metropolitan Life Insurance Company, Inc. ("MetLife") in their exhibit lists. Pechiney also reserves the right to enter into evidence enlargements or summaries of any portion of the exhibits listed by the plaintiff, MetLife and/or Pechiney.

| DEFENDANTS' EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit No. 1 | Resume of Rita Kruk |

STM/281705.1                                                    -1-

| DEFENDANTS' EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit No. 2 | Sexual Harassment Policy Statement, dated December 19, 1994 with signed Acknowledgement (P0136-P0137) |
| Exhibit No. 3 | Administrative Services Agreement between Parties Metropolitan Life Insurance Company and Pechiney Plastic Packaging, Inc., Short Term Disability Benefits/Long Term Disability Benefits (P0425-P0463) |
| Exhibit No. 4 | Disability Report Adult, dated March 7, 2001 |
| Exhibit No. 5 | Application for Replacement Social Security Number Card, dated March 7, 2001, with attached Application for Disability Insurance Benefits |
| Exhibit No. 6 | Certification of Health Care Provider (P0112-P0115) |
| Exhibit No. 7 | Letter from Billie Wallace to Rita Burrock-Kruk, dated November 8, 2000 (P0273-P0274) |
| Exhibit No. 8 | Letter from Billie Wallace to Rita Burrock-Kruk, dated November 30, 2003 (P0271) |
| Exhibit No. 9 | Plaintiff's Request for Admissions, dated August 27, 2002, with attachments |
| Exhibit No. (10)  *9/30/04 Bench Trial* | Plaintiff's Request for Admissions, dated September 10, 2002, with attachments |

Exhibits 11 through 38 are listed separately by co-defendant, Metropolitan Life Insurance Co., Inc.

*Obj by π*

| DEFENDANTS' EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit No. 39 | Transcript from the deposition of Shirley Armstrong, dated January 6, 2003 |
| Exhibit No. 40 | Transcript from the deposition of Edward Fitzgerald, dated September 27, 2002 |
| Exhibit No. 41 | Transcript from the deposition of Rita Kruk, dated July 22, 2002 |
| Exhibit No. 42 | Transcript from the deposition of Rita Kruk, dated August 15, 2002 |
| Exhibit No. 43 | Transcript from the deposition of Jean Paul Meausoone, dated September 26, 2002 |
| Exhibit No. 44 | Transcript from the deposition of Barbara Pite, dated January 9, 2003 |

| DEFENDANTS' EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| Exhibit No. 45 | Transcript from the deposition of Ashok Sethi, dated September 26, 2002 |
| Exhibit No. 46 | Transcript from the deposition of Ann Wallace, dated November 4, 2002 |

DEFENDANT,
PECHINEY PLASTICS PACKAGING, INC.

By: *[signature]*

Kenneth W. Gage, Esq. (ct12965)
Sarah E. Graves, Esq. (ct15897)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, Connecticut 06901
(203) 961-7400 (telephone)
(203) 359-3031 (facsimile)
kennethgage@paulhastings.com
sarahgraves@paulhastings.com
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Defendant Pechiney Plastics Packaging, Inc.'s List of Exhibits was hand delivered this 13th day of September, 2004, to:

>John J. Evans
>30 Oak Street
>Stamford, CT 06905
>
>Theodore J. Tucci
>Erin K. O'Brien
>Robinson & Cole
>280 Trumbull Street
>Hartford, CT 06103-3597

Kenneth W. Gage