Court Trial Only

United States District Court
District of Connecticut
FILED AT HARTFORD

9/30/04    19

%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Kevin F. Rowe, Clerk

DISTRICT OF    CONNECTICUT    JWalker

By _____
Deputy Clerk

Rita Kruk

V.

Pechiney Plastics, et al

Defendant MetLife's
## EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 3:02cv121 (AVC)

| PRESIDING JUDGE Covello | | | | | PLAINTIFF'S ATTORNEY Evans | DEFENDANT'S ATTORNEY Gage, Graves, Tucci, Choquette |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) 9/27/04, 9/28/04, 9/29/04, 9/30/04 | | | | | COURT REPORTER Lamoureux | COURTROOM DEPUTY Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 34 | 9/29/04 | ✓ | ✓ | See Attached List |
| | 38a | 9/29/04 | ✓ | ✓ | |
| | 38 | 9/29/04 | ✓ | ✓ | |
| 11— | 32 | 9/30/04 | ✓ | ✓ | |
| 35- | 37 | 9/30/04 | ✓ | ✓ | |
| 48 | 47 | 9/30/04 | ✓ | ✓ | Fax to Chambers |
| | 48 | | ✓ | ✓ | Fax to Chambers |
| | 49 | | ✓ | ✓ | 1 pg from Claim File |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**RITA KRUK, PLAINTIFF**

|  |  |
|---|---|
| | :    **Civil Action No. 302CV121 (AVC)** |
| **v.** | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| **PECHINEY PLASTIC PACKG. INC.,** | : |
| **METROPOLITAN LIFE INSURANCE** | : |
| **COMPANY, INC., DEFENDANTS** | :    **September 13, 2004** |

### <u>METLIFE'S LIST OF EXHIBITS</u>

Metropolitan Life Insurance Company ("MetLife") reserves the right to supplement or amend this exhibit list as necessary and to use any of the exhibits identified by the plaintiff and/or Pechiney Plastic Packaging Inc. in their exhibit lists. MetLife also reserves the right to enter into evidence enlargements or summaries of any portion of the exhibits listed by the plaintiff, Pechiney and/or MetLife.

| | |
|---|---|
| DEFENDANTS' EXHIBIT 11 | Summary Plan Description |
| DEFENDANTS' EXHIBIT 12 | Disability Benefits Plan |
| DEFENDANTS' EXHIBIT 13 | Statement of Claim for LTD Benefits |
| DEFENDANTS' EXHIBIT 14 | Employer Statement filed in connection with claim for LTD benefits |
| DEFENDANTS' EXHIBIT 15 | Reimbursement Agreement signed by R. Kruk |
| DEFENDANTS' EXHIBIT 16 | Attending Physician Statement completed by Dr. Leon Tec |
| DEFENDANTS' EXHIBIT 17 | Diary Review report |
| DEFENDANTS' EXHIBIT 18 | 1/31/00 Letter from MetLife to R. Kruk |
| DEFENDANTS' EXHIBIT 19 | 2/26/01 Letter from MetLife to R. Kruk |
| DEFENDANTS' EXHIBIT 20 | 3/9/01 Letter from R. Kruk to MetLife |
| DEFENDANTS' EXHIBIT 21 | Report from Dr. Lawrence Kagen |
| DEFENDANTS' EXHIBIT 22 | Medical records from Dr. Kagen submitted in support of LTD claim |
| DEFENDANTS' EXHIBIT 23 | Medical records from Dr. David Witt submitted in support of LTD claim |
| DEFENDANTS' EXHIBIT 24 | Medical records from Dr. Gary Goldman submitted in support of LTD claim |

*(Handwritten annotations in left margin: "Full" beside each exhibit row; handwritten "9/30/04" in right margin)*

| | | |
|---|---|---|
| Full | DEFENDANTS' EXHIBIT 25 | Supplemental Functional Assessment report completed by Dr. Tec |
| Full | DEFENDANTS' EXHIBIT 26 | MetLife Disability IPC Referral Form |
| Full | DEFENDANTS' EXHIBIT 27 | Report from Dr. Jeffrey Lieberman |
| Full | DEFENDANTS' EXHIBIT 28 | 3/30/01 Letter from MetLife to R. Kruk |
| Full | DEFENDANTS' EXHIBIT 29 | 5/29/01 Letter from R. Kruk to MetLife |
| Full | DEFENDANTS' EXHIBIT 30 | 5/6/01 Letter from Dr. Witt |
| Full | DEFENDANTS' EXHIBIT 31 | 5/24/01 Letter from Dr. Tec |
| Full | DEFENDANTS' EXHIBIT 32 | 6/25/01 Letter from MetLife to R. Kruk |
| Full | DEFENDANTS' EXHIBIT 33 | 7/20/01 Letter from MetLife to R. Kruk |
| Full | DEFENDANTS' EXHIBIT 34 | Dr. Witt's Response to MetLife query |
| Full | DEFENDANTS' EXHIBIT 35 | 9/19/01 Email from MetLife to Pechiney with attachments |
| Full | DEFENDANTS' EXHIBIT 36 | 9/27/01 Letter from MetLife to R. Kruk |
| Full | DEFENDANTS' EXHIBIT 37 | 12/21/01 Letter from MetLife to R. Kruk |
| Full | DEFENDANTS' EXHIBIT 38 | Copy of the entire claim file |

9/30/04

9/29/04 by TT
9/29/04
9/30/04
9/30/04
9/29/04
9/29/04

38a    "    of    "    w/ 2 onstuck pages

39  7/12/01
40  7/12/01

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

Erin O'B Choquette

Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200

Full  Δ's  Ex  47 - fax #1          9/30/04
Full  Δ's  Ex  48   fax #2          9/30/04
Full  Δ's  Ex  49 - One page from #38   9/30/04

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered, on this 13th day of

September, 2004 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Erin O'Brien Choquette