UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br>    PLAINTIFF | : Civil Action No. 302CV121 (AVC) |
| v. | |
| PECHINEY PLASTIC PACKG. INC.,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, INC.,<br>    DEFENDANTS | : OCTOBER 8, 2004 |

## MOTION FOR SUBMISSION
## OF POST-TRIAL BRIEFS

Defendant, Metropolitan Life Insurance Company ("MetLife") moves the Court to enter the deadline of December 6, 2004 for the submission of post-trial briefs. In support of this motion, MetLife states as follows:

1. A bench trial on the ERISA claims in dispute in this matter was conducted by the Court from September 27, 2004 through September 30, 2004.

2. At the conclusion of the trial, the Court indicated that the parties should submit post-trial briefs.

3. According to the court reporter assigned to this trial, Susan Lamoureaux, because of the press of other matters, the transcript for the bench trial will be completed in approximately one month.

4. Following discussion among counsel for the plaintiff and the defendants, the parties agreed to propose that all parties file their post-trial briefs on December 6, 2004.

On behalf of all the parties in this matter, therefore, MetLife requests the Court to enter an order requiring the parties to file their post-trial briefs on December 6, 2004.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

_____
Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, postage prepaid, and facsimile, on this 8th day of October, 2004 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Sarah E. Graves, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

_____
Erin O'Brien Choquette