

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RITA KRUK,**<br>**PLAINTIFF** | : | Civil Action No. 302CV121 (AVC) |
| v. | : | |
| **PECHINEY PLASTIC PACKG. INC.,**<br>**METROPOLITAN LIFE INSURANCE**<br>**COMPANY, INC.,**<br>**DEFENDANTS** | : | OCTOBER 8, 2004 |

### MOTION FOR SUBMISSION
### OF POST-TRIAL BRIEFS

Defendant, Metropolitan Life Insurance Company ("MetLife") moves the Court to enter the deadline of December 6, 2004 for the submission of post-trial briefs. In support of this motion, MetLife states as follows:

1. A bench trial on the ERISA claims in dispute in this matter was conducted by the Court from September 27, 2004 through September 30, 2004.

2. At the conclusion of the trial, the Court indicated that the parties should submit post-trial briefs.

3. According to the court reporter assigned to this trial, Susan Lamoureaux, because of the press of other matters, the transcript for the bench trial will be completed in approximately one month.

4. Following discussion among counsel for the plaintiff and the defendants, the parties agreed to propose that all parties file their post-trial briefs on December 6, 2004.

On behalf of all the parties in this matter, therefore, MetLife requests the Court to enter an order requiring the parties to file their post-trial briefs on December 6, 2004.

October 13, 2004.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.