## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br>   PLAINTIFF | : Civil Action No. 302CV121 (AVC)<br>:<br>: |
| v. | :<br>:<br>: |
| PECHINEY PLASTIC PACKG. INC.,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br>   DEFENDANTS | :<br>: December 3, 2004<br>:<br>: |

### NOTICE OF MANUAL FILING

Please take notice that on December 3, 2004 the Defendant, Metropolitan Life Insurance Company, has manually filed the following document:

1.     Defendant MetLife's Post-Trial Memorandum of Fact and Law with attached Exhibit 1.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

HARTI-1185733-1

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

*Erin O'B Choquette*
Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. mail, postage prepaid, on this 3rd day of December, 2004 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

*Erin O'B Choquette*
Erin O'Brien Choquette