UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA KRUK

        V.        CASE NO. 3:02CV00121(AVC)

PECHINEY PLASTICS PACKAGING,
INC., METROPOLITAN LIFE INSURANCE
COMPANY and JEAN PAUL MEAUSSONE

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The plaintiff, on July 30, 2003 having filed an amended complaint withdrawing her action as to the defendant, Jean Paul Meaussone; and

The matter having been tried to a jury, and the jury on September 29, 2004 having reached a verdict in favor of the defendant, Pechiney Plastics Packaging, Inc.; and further

The equitable claims having been tried to the Court, and the Court, having considered the full record of the case, including applicable principles of law, on December 27, 2004 having issued its Memorandum of Decision vacating the decision of the defendant, Metropolitan Life Insurance Company and remanding the matter for a new eligibility hearing; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered withdrawing plaintiff's complaint as to the defendant Jean Paul Meaussone; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Pechiney Plastics Packaging, Inc. and against the plaintiff; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered vacating the decision of the defendant, Metropolitan Life Insurance Company and remanding the matter for a new eligibility hearing.

Dated at Hartford, Connecticut, this 28th day of December, 2004.

                                        KEVIN F. ROWE, Clerk

                                  By    /s/ JW
                                          Jo-Ann Walker
EOD: _____             Deputy Clerk