UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103

FILED

2005 JAN -3 P 1: 53

U.S. DISTRICT COURT
HARTFORD, CT.

January 3, 2005

Theodore J. Tucci
Erin O'Brien Choquette
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

    Re:    Rita Kruk v. Pechiney Plastics Packaging, Inc., et al
            3:02CV00121(AVC)

Dear Attys. Tucci & Choquette:

The above-identified case having been disposed of in this court:

(x) Enclosed are the following exhibits:

    Defendant' Marked Exhibits

Please acknowledge receipt of the documents on the copy of this letter and return it to the Hartford Clerk's Office.

Thank you for your cooperation.

                Sincerely,

                KEVIN F. ROWE, CLERK

                Jo-Ann Walker
                Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 1·3·05