UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103

January 11, 2005

FILED
2005 JAN 11 A 11: 33
U.S. DISTRICT COURT
HARTFORD, CT.

Kenneth William Gage
Sarah Elizabeth Graves
Paul, Hastings, Janofsky & Walker - CT
1055 Washington Blvd., 9th Floor
Stamford, CT 06901

    Re:    <u>Rita Kruk v. Pechiney Plastics Packaging, Inc., et al</u>
           3:02CV00121(AVC)

Dear Attorneys Gage and Graves:

The above-identified case having been disposed of in this court:

(x)  Enclosed are the following exhibits:

    Defendants' Marked Exhibits

Please acknowledge receipt of the documents on the copy of this letter and return it to the Hartford Clerk's Office.

Thank you for your cooperation.

                          Sincerely,

                          KEVIN F. ROWE, CLERK

                          Jo-Ann Walker
                          Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 1-11-05