UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK<br><br>                Plaintiff,<br><br>- against -<br><br>PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE COMPANY, INC.<br><br>                Defendants. | CIVIL ACTION NO.<br>3:02CV121 (AVC)<br><br><br><br><br><br><br><br>January 11, 2005 |

**<u>DEFENDANT PECHINEY PLASTICS PACKAGING INC.S'
MOTION FOR ATTORNEY FEES</u>**

Pursuant to Fed. R. Civ. Pro. 54(d)(2)(B) and 29 U.S.C. § 1132(g)(1), Defendant Pechiney Plastics Packaging, Inc. ("Pechiney") by its counsel Paul, Hastings, Janofsky & Walker LLP, hereby requests Attorneys' Fees in the above-mentioned case.

Since this case was first filed, three years ago, it was evident that the Plaintiff, Rita Kruk's ("Ms. Kruk" or "Plaintiff") ERISA claims against Pechiney were based upon nothing more than speculation and unsupported stories of conspiracies and mystery faxes. Unfortunately, while it was clear that MetLife, not Pechiney, was the only proper Defendant on her claim for denial of long term disability ("LTD") benefits, Plaintiff and her counsel continued to press this claim against Pechiney through trial, thereby forcing the Company to defend against this spurious claim. As the judgment entered in favor of Pechiney on December 28, 2004 illustrates, the Plaintiff failed to present <u>any</u> credible evidence against Pechiney on this claim. As such, and for the reasons set forth in the

-2-

Memorandum of Law filed herewith, Pechiney respectfully requests that this Court award it reasonable attorneys' fees in this matter.[1]

                              Respectfully Submitted,

By: _____
Kenneth W. Gage (ct12965)
Sarah E. Graves (ct15897)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:  (203) 359-3031
Email:  kennethgage@paulhastings.com
        sarahgraves@paulhastings.com

Counsel for Defendant
PECHINEY PLASTICS PACKAGING, INC.

---

[1] Plaintiff's claim of hostile environment sexual harassment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2000e-17, as amended ("Title VII") was tried to a jury and to a defendants verdict with Judgment entered for Defendant on December 28, 2004.

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing Defendant Pechiney Plastics Packaging Inc.'s Motion for Attorney Fees was served via overnight delivery, postage prepaid, this 11th day of January, 2005, to:

>John J. Evans
>Evans Law Offices LLC
>30 Oak Street
>Stamford, CT  06905
>
>Theodore J. Tucci
>Erin K. O'Brien Choquette
>Robinson & Cole
>280 Trumbull Street
>Hartford, CT  06103-3597

_____
Sarah E. Graves

STM/288912.1