<u>UNTIED STATE DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

KRUK, RITA   PLAINTIFF : 

v. : Civil Action No: 302CV121(AVC)

PECHINEY PLASTICS, INC., AND :
METLIFE, INC., DEFENDANTS : JANUARY 17, 2005

FILED
2005 JAN 18 A 10: 25
US DISTRICT COURT
HARTFORD, CT.

## MOTION TO MODIFY JUDGMENT

The Plaintiff in the above case hereby moves to modify the judgment entered in this case, for the following reasons:

The Court held in its judgment in this case, that the Defendant, MetLife, acted arbitrarily and capriciously, in denying the long term disability claim of Plaintiff, under the ERISA LTD plan, over which the Defendant, Pechiney was the "plan administrator," and MetLife was the the "claims administrator." The Court ordered that Plaintiff's claim be remanded to the Defendant, MetLife, for further proceedings, regarding eligibility, etc. Plaintiff requests that the Court modify the judgment to hold Pechiney liable, as the plan administrator and principal, to the same extent as its agent, MetLife, so that the primarily responsible party involved, in connection with Plaintiff's disability claim, Pechiney, is bound by the actions of this Court, and of MetLife, and in order to avoid further litigation between the parties to this action.

WHEREFORE, the plaintiff respectfully requests that the the Court award attorney's fees in favor of Plaintiff in this action and against the Defendants.

1

RESPECTFULLY REQUESTED,
THE PLAINTIFF,

By /s/ John J. Evans

John J. Evans, her attorney
Law Office of John J. Evans
30 Oak Street
Stamford, CT 06905
(203)353-8880
Fed. Bar No. ct06288

## ORDER

The above motion, having come before this Court, it is hereby ordered

GRANTED/DENIED.

_____
U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to all counsel and pro se parties of record as listed below this 17th day of January 2005.

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2216

Theodore J. Tucci, Esq.
Erin K. O'Brien, Esq.
Robinson & Cole.
280 Trumbull Street
Hartford, CT 06103-3597

/s/ John J. Evans
John J. Evans, Esq.

2