UNTIED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

KRUK, RITA    PLAINTIFF         :
                                :
    v.                          :    Civil Action No: 302CV121(AVC)
                                :
PECHINEY PLASTICS, INC., AND    :
METLIFE, INC.,  DEFENDANTS      :    JANUARY 17, 2005

MOTION FOR ATTORNEY'S FEES

The plaintiff in the above entitled matter hereby moves that the Court award attorney's fees in favor of Plaintiff, and against the Defendants in this action, pursuant to 29 U.S.C. §1132(g), and as further stated in the memorandum of law attached hereto, and filed in support hereof.
In addition, Plaintiff's counsel submits his affidavit of attorney's fees, which is attached as Exhibit A to Plaintiff's memorandum in support of this motion for attorney's fees.
WHEREFORE, the plaintiff respectfully requests that the Court award attorney's fees in favor of Plaintiff in this action and against the Defendants, for 335.30 Hours time invested, at the rate of $275.00 per hour, totaling $92,207.50.

                                RESPECTFULLY REQUESTED,
                                THE PLAINTIFF,


By
John J. Evans, her attorney
                                Law Office of John J. Evans
30 Oak Street
                                Stamford,  CT   06905
(203)353-8880
                                Fed. Bar No. ct06288


ORDER
The above motion, having come before this Court, it is hereby ordered
GRANTED/DENIED.




                                                        U.S.D.J.

1

2

CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed to all counsel and pro se parties of record as listed below this 17th day of January 2005.

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901-2216

Theodore J. Tucci, Esq.
Erin K. O'Brien, Esq.
Robinson & Cole.
280 Trumbull Street
Hartford, CT 06103-3597


                                            John J. Evans, Esq.

2