UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2005 JAN 25 P 12: 31
DISTRICT COURT
HARTFORD, CT

RITA KRUK

v.    CIVIL CASE NO. 3:02CV121(AVC)

PECHINEY PLASTIC PACKG., INC.,
METROPOLITAN LIFE INS. CO.

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Metropolitan Life Ins. Co. hereby gives notice and (appealing party) appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

Judgment issued by The Honorable Alfred V. Covello vacating the decision of the defendant, Metropolitan Life Ins. Co., and remanding the matter for a new eligibility hearing.

2. The Judgment/Order in this action was entered on December 28, 2004.
(date)

_Erin O'Brien Choquette_
Signature

Erin O'Brien Choquette (ct18585)
Print Name

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Address

Date: January 25, 2005

860-275-8200
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA KRUK

V.                                          CASE NO. 3:02CV00121(AVC)

PECHINEY PLASTICS PACKAGING,
INC., METROPOLITAN LIFE INSURANCE
COMPANY and JEAN PAUL MEAUSSONE

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The plaintiff, on July 30, 2003 having filed an amended complaint withdrawing her action as to the defendant, Jean Paul Meaussone; and

The matter having been tried to a jury, and the jury on September 29, 2004 having reached a verdict in favor of the defendant, Pechiney Plastics Packaging, Inc.; and further

The equitable claims having been tried to the Court, and the Court, having considered the full record of the case, including applicable principles of law, on December 27, 2004 having issued its Memorandum of Decision vacating the decision of the defendant, Metropolitan Life Insurance Company and remanding the matter for a new eligibility hearing; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered withdrawing plaintiff's complaint as to the defendant Jean Paul Meaussone; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Pechiney Plastics Packaging, Inc. and against the plaintiff; and further

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered vacating the decision of the defendant, Metropolitan Life Insurance Company and remanding the matter for a new eligibility hearing.

Dated at Hartford, Connecticut, this 28th day of December, 2004.

KEVIN F. ROWE, Clerk

By _Jo-Ann Walker_
Jo-Ann Walker
Deputy Clerk

EOD: 12/28/04