UNTIED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT
KRUK, RITA    Plaintiff         :
                                :
       v.                       :        Civil Action No: 302CV121(AVC)
                                :
PECHINEY PLASTICS, INC.,        :
AND METLIFE, INC., Dendants     :        FEBRUARY 8, 2005

MOTION FOR LEAVE OF COURT TO FILE
MOTION FOR ATTORNEY'S FEES

The plaintiff in the above entitled matter hereby moves for leave of Court to permit Plaintiff to file her Motion for Attorney's Fees, dated January 17, 2005, which is 5 days beyond the time period provided in Rule 54(d) of the Federal Rules of Civil Procedure, for the following reasons:

1.      The undersigned, Plaintiff's counsel, was out of state, between December 27, 2004, and January 15, 2005, due to a medical illness, for which he was receiving treatment.  The undersigned, John J. Evans, is an insulin dependent diabetic, and during this period, was being treated with a new insulin pump, as therapy for said condition of diabetes.  This thereapy began in late December, in Columbus Ohio, and continues currently, and indefinitely.  The undersigned did not return to Connecticut and receive or review the Judgment of the Court in this action, dated December 28, 2004, until after the fourteen day (14) day time period for filing a motion for attorney's fees has expired.

2.      When the undersigned reviewed the Court Judgment, the Plaintiff's motion for attorney's fees was prepared and filed as quickly as possible, and within three days of reviewing the said judgment.

3.      The Plaintiff respectfully requests that this Court permit the filing of Plaintiff's Motion for attorney's fees dated January 17, 2005, since no prejudice has occurred, or will occur to the Defendant, by a delay of six days in filing same.  Plaintiff submits that Plaintiff's counsel's disability (diabetes), has significantly affected Plaintiff's ability to file the said motion for attorney's fees in a timely manner, pursuant to the 14 day deadline, under Rule 54(d) of the Federal Rules of Civil Procedure, and that the said delay was therefore the result of excusable neglect.  See Tancredi v. Metropolitan Life Insurance Co., 378 F.3d 220 (2nd Cir., 2004).

                        RESPECTFULLY REQUESTED,
                        THE PLAINTIFF,


By
John J. Evans, her attorney
                                Law Office of John J. Evans
30 Oak Street
                                Stamford, CT   06905

1

(203)353-8880

Fed. Bar No. ct06288

2

State of Connecticut          :
                              :          February _____, 2005
County of Fairfield           :

     Personally appeared, John J. Evans, who subscribed and swore to the truth of the foregoing, this ____ day of February, 2005.

                                     Commissioner of Superior Court
                                     State of Connecticut

ORDER
The above motion, having come before this Court, it is hereby ordered GRANTED/DENIED.

                                       U.S.D.J.

CERTIFICATION

     This is to certify that a copy of the foregoing has been mailed to all counsel and pro se parties of record as listed below this 8th day of February 2005.

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901-2216

Theodore J. Tucci, Esq.
Erin K. O'Brien, Esq.
Robinson & Cole.
280 Trumbull Street
Hartford, CT 06103-3597

                                     John J. Evans, Esq.

3