UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK | NO. 3:02CV121 (AVC) |
| Plaintiff, | |
| v. | |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE CO., INC. | |
| Defendants. | FEBRUARY 11, 2005 |

## DEFENDANT PECHINEY PLASTICS PACKAGING, INC.'S
## ITEMIZED BILL OF COSTS

Defendant Pechiney Plastics Packaging, Inc.("Pechiney"),by its counsel Paul, Hastings,

Janofsky & Walker LLP, submits this Itemized Bill of Costs pursuant to United States District Court Local

Rules of Civil Procedure ("L. Civ. R.") Rule 54.  Pechiney is entitled to submit a Bill of Costs as a

prevailing party because a jury returned a verdict in its favor on September 29, 2004.

### I. FEES OF THE COURT REPORTER

Pursuant to L. Civ. R. 54, Pechiney seeks reimbursement for the following costs:  the

statutory costs of deposition transcripts that were necessarily obtained for use in this case.

### Deposition Transcripts

| DEPONENT | DATE | COST |
|----------|------|------|
| Edward Fitzgerald | 9/24/04 | $1,073.91 |
| Rita Kruk | 7/22/02 | $610.88 |
| Rita Kruk | 8/15/03 | $615.86 |
| Jean Paul Meaussone | 9/26/02 | $441.18 |
| Ashok Sethi | 9/26/02 | $441.17 |
| Anne Wallace | 11/4/02 | $218.57 |
| **TOTAL COST** | | **$3,401.57** |

**All back-up documentation with relevant remittance relating to the above costs is attached hereto at Tab 1.**

## II.  COSTS FOR VIDEO TAPED DEPOSITION

Pursuant to L. Civ. R. 54, Pechiney seeks the following statutory reimbursable cost for video testimony necessary or convenient in the trial.

| | |
|---|---|
| Video taped deposition of Edward Fitzgerald used for trial exhibit | $582.30 |
| Courtroom playback of video taped deposition | $1,059.40 |
| **TOTAL COST** | **$1,642.00** |

**All back-up documentation relating to the above cost is attached hereto as Tab 2**

**GRAND TOTAL OF ALL COSTS**          $5,043.57

Dated: February 11, 2005

DEFENDANT,
PECHINEY PLASTICS PACKAGING, INC.

By: _____
     Kenneth W. Gage, Esq. (ct12905)
     Sarah E. Graves, Esq. (ct15897)
     Paul, Hastings, Janofsky & Walker LLP
     1055 Washington Boulevard
     Stamford, CT  06901-2217
     Telephone:  (203) 961-7400
     Facsimile:  (203) 359-3031
     Email:  kennethgage@paulhastings.com
               sarahgraves@paulhastings.com
     Its Attorneys

1



# ESQUIRE™
DEPOSITION SERVICES
CORPORATE SERVICES DIVISION

A HOBART WEST COMPANY

**Esquire Corporate Services Division**
**Esquire Deposition Services, LLC**
Tax ID # 22-3779684
5410 NW 33rd Avenue, Suite 100
Ft. Lauderdale, Florida 33309
(888)486-4044 /(888)486-6007

OCT - 4 2004

546350    DEL V01

| INVOICE NUMBER | DATE |
|---|---|
| 129724CSD | 09/28/04 |

To:  Paul, Hastings, Janofsky & Walker
1055 Washington Blvd
10th Floor
Stamford, CT 06901

ATTN : KENNETH GAGE, ESQUIRE

Due upon receipt.

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  KRUK VS PECHNEY PLASTICS

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 09/22/04: | | | | |
| EDWARD FITZGERALD | 1- 113 | 113 PGS @ $4.00 | 452.00 | O+1 |
| | | | | |
| DAILY EXPEDITE SURCHARGE | 113 @  $4.00 | | 452.00 | |
| ASCII DISK | | | 25.00 | |
| CONDENSED TRANSCRIPT | | | 25.00 | |
| STATE SALES TAX | | | 79.91 | |
| SHIPPING & HANDLING | | | 20.00 | |
| ADMINISTRATIVE FEE | | | 20.00 | |

MBL**** BILL LAW FIRM ****
**PLEASE NOTE INV # ON REMIT**
BILLED BY BELKIS RAMIREZ
THANK YOU

| BALANCE DUE | TOTAL | 1,073.91 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)833-4011
Fax (973)377-9543

↓ Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE CORPORATE SERVICES DIVISION**
P.O. BOX 827829
PHILADELPHIA,PA 19182-7829
Tax ID # 22-3779684

JOB: 546350  TOT: $1073.91
INVOICE #: 129724CSD
DATE: 09/28/04

Paul, Hastings, Janofsky & Walker
Attn: KENNETH GAGE, ESQUIRE
1055 Washington Blvd
10th Floor
Stamford, CT 06901



# ESQUIRE™
DEPOSITION SERVICES
CORPORATE SERVICES DIVISION

A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New York  Stamford  *www.dbh.com*

MAIL CODE: 09 J                                          September 24, 2002
PECHINEY SERVICES AMERICA
TIMOTHY J. GUERRA, ESQ.
SENIOR ATTORNEY
8770 WEST BRYN MAWR AVENUE
CHICAGO, IL  60631

RE:    001743 - 00080  RITA KRUK - JOB DISCRIMINATION (SEXUAL)

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 8,582.00 |
| Total Disbursements | 857.85 |
| **Current Balance Invoice # 33244093** | **$ 9,439.85** |

Amount Enclosed: $ _____

| | |
|---|---|
| Please return this Remittance Copy with your<br>check made payable to:<br>**Day, Berry & Howard LLP**<br>Attention: DBH Accounting Dept.<br>CityPlace I - 185 Asylum Street<br>Hartford, CT  06103-3499 | Wire Instructions:<br>Please reference Bill # and/or Client/Matter number<br>Fleet Bank, NA  Hartford, CT   ABA#011900571<br>Day Berry & Howard Account #9409142259 |

Questions regarding past due invoices, call: (860) 299-0840

Day, Berry & Howard LLP

<u>Matter Disbursement Summary</u>

| | |
|---|---:|
| Automated Document Preparation | $ 42.00 |
| Depositions/Transcripts | 610.88 |
| Fax | 15.00 |
| Overnight Mail | 11.06 |
| Photocopying - 941 copies at 0.14 cents per copy | 131.74 |
| Postage | 34.72 |
| Telephone | 0.45 |
| Travel | 12.00 |
| | $ 857.85 |

|  |  |
|---|---:|
| Matter Disbursements | $ 857.85 |

|  |  |
|---|---:|
| Total For Professional Services Rendered | 8,582.00 |
| Total Disbursements | 857.85 |
| **Total Bill** | $ 9,439.85 |

# Day, Berry & Howard LLP

### COUNSELLORS AT LAW

Boston   Greenwich   Hartford   New York   Stamford   *www.dbh.com*

October 9, 2002

MAIL CODE: 09 J
PECHINEY SERVICES AMERICA
TIMOTHY J. GUERRA, ESQ.
SENIOR ATTORNEY
8770 WEST BRYN MAWR AVENUE
CHICAGO, IL  60631

RE:    001743 - 00080  RITA KRUK - JOB DISCRIMINATION (SEXUAL)

Tax Identification No. 06-0317480

---

## REMITTANCE COPY – PAYABLE UPON RECEIPT

---

| | |
|---|---:|
| Total For Professional Services Rendered | 18,848.00 |
| Total Disbursements | 1,507.41 |
| **Current Balance Invoice # 33245524** | **$ 20,355.41** |

Current Invoice Plus Total Unpaid Balances of $ 9,439.85 is **$ 29,795.26**

**Unpaid Balances as of Invoice Date:**
*Amount(s) associated only with the matter(s) billed on this invoice. Additional matters may have unpaid balances. Please disregard if payment has already been sent.*

001743 – PECHINEY PLASTIC PACKING, INC.
   00080 - RITA KRUK                                         $ 9,439.85

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day, Berry & Howard LLP**
Attention: DBH Accounting Dept.
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3499

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Fleet Bank, NA  Hartford, CT   ABA#011900571
Day Berry & Howard Account  #9409142259

Questions regarding past due invoices, call: (860) 299-0840

Day, Berry & Howard LLP

|  |  |
|---|---|
| Matter Fee | $ 18,848.00 |

**Matter Disbursement Summary**

| | |
|---|---|
| Automated Document Preparation | $ 108.50 |
| Depositions/Transcripts | 615.86 |
| Fax | 29.25 |
| Meals | 24.60 |
| Overnight Mail | 7.20 |
| Photocopying - 4,250 copies at 0.14 cents per copy | 595.00 |
| Postage | 8.60 |
| Sheriff's Fees | 104.00 |
| Telephone | 2.40 |
| Travel | 12.00 |
| | $ 1,507.41 |

|  |  |
|---|---|
| Matter Disbursements | $ 1,507.41 |

|  |  |
|---|---|
| Total For Professional Services Rendered | 18,848.00 |
| Total Disbursements | 1,507.41 |
| **Total Bill** | $ 20,355.41 |

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston  Greenwich  Hartford  New York  Stamford  *www.dbh.com*

November 12, 2002

MAIL CODE: 09 J
PECHINEY SERVICES AMERICA
TIMOTHY J. GUERRA, ESQ.
SENIOR ATTORNEY
8770 WEST BRYN MAWR AVENUE
CHICAGO, IL 60631

RE:     001743 - 00080  RITA KRUK - JOB DISCRIMINATION (SEXUAL)

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 11,250.50 |
| Total Disbursements | 1,715.25 |
| Current Balance Invoice # 33248729 | $ 12,965.75 |

Current Invoice Plus Total Unpaid Balances of $ 20,355.41 is  **$ 33,321.16**

**Unpaid Balances as of Invoice Date:**
*Amount(s) associated only with the matter(s) billed on this invoice. Additional matters may have unpaid balances. Please disregard if payment has already been sent.*

| | |
|---|---:|
| 001743 – PECHINEY PLASTIC PACKING, INC.<br>    00080 - RITA KRUK | $ 20,355.41 |

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day, Berry & Howard LLP**
Attention: DBH Accounting Dept.
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3499

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Fleet Bank, NA  Hartford, CT    ABA#011900571
Day Berry & Howard Account #9409142259

Questions regarding past due invoices, call: (860) 299-0840

Day, Berry & Howard LLP

| Date | Description | Name | Hours |
|------|-------------|------|-------|
| 10/30/2002 | Review documents in preparation for meeting with B. Wallace; preparation session with B. Wallace | Bellavia, M | 1.8 |
| 10/30/2002 | Preparation of Billie Wallace for deposition | Gage, K | 1.0 |

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| Kenneth W Gage | Partner | 14.6 | $ 310 | $ 4,526.00 |
| Melissa L Bellavia | Associate | 33.5 | 195 | 6,532.50 |
| Barbara E Carroll | Paralegal | 1.0 | 115 | 115.00 |
| Eugenie V Schwartz | Paralegal | 0.7 | 110 | 77.00 |
| **Total** | | 49.8 | | $ 11,250.50 |
| | | | Matter Fee | $ 11,250.50 |

**Matter Disbursement Summary**

| | |
|---|---|
| Automated Document Preparation | $ 199.50 |
| Courier | 34.50 |
| Depositions/Transcripts | 882.35 |
| Fax | 29.25 |
| Overnight Mail | 14.40 |
| Photocopying - 3,791 copies at 0.14 cents per copy | 530.74 |
| Postage | 13.98 |
| Telephone | 1.53 |
| Travel | 9.00 |
| | $ 1,715.25 |
| Matter Disbursements | $ 1,715.25 |

| | |
|---|---|
| Total For Professional Services Rendered | 11,250.50 |
| Total Disbursements | 1,715.25 |
| **Total Bill** | $ 12,965.75 |

# Day, Berry & Howard LLP
### COUNSELLORS AT LAW
Boston   Greenwich   Hartford   New York   Stamford   *www.dbh.com*

January 15, 2003

MAIL CODE: 09 J
PECHINEY SERVICES AMERICA
TIMOTHY J. GUERRA, ESQ.
SENIOR ATTORNEY
8770 WEST BRYN MAWR AVENUE
CHICAGO, IL 60631

RE:     001743 - 00080  RITA KRUK - JOB DISCRIMINATION (SEXUAL)

Tax Identification No. 06-0317480

## REMITTANCE COPY – PAYABLE UPON RECEIPT

| | |
|---|---:|
| Total For Professional Services Rendered | 1,118.50 |
| Total Disbursements | 318.92 |
| **Current Balance Invoice # 33255367** | **$ 1,437.42** |

Current Invoice Plus Total Unpaid Balances of $ 19,373.05 is  **$ 20,810.47**

**Unpaid Balances as of Invoice Date:**
*Amount(s) associated only with the matter(s) billed on this invoice. Additional matters may have unpaid balances. Please disregard if payment has already been sent.*

001743 – PECHINEY PLASTIC PACKING, INC.
    00080 - RITA KRUK                                          $ 19,373.05

Amount Enclosed: $ _____

Please return this Remittance Copy with your
check made payable to:
**Day, Berry & Howard LLP**
Attention:  DBH Accounting Dept.
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3499

Wire Instructions:
Please reference Bill # and/or Client/Matter number
Fleet Bank, NA  Hartford, CT   ABA#011900571
Day Berry & Howard Account  #9409142259

Questions regarding past due invoices, call: (860) 299-0840

Day, Berry & Howard LLP

Invoice: 33255367
Page: 2

| Date | Description | Name | Hours |
|------|-------------|------|-------|

| Summary of Hours | Rank | Hours | Rate | Amount |
|------------------|------|-------|------|--------|
| Kenneth W Gage | Partner | 0.4 | $ 310 | $ 124.00 |
| Melissa L Bellavia | Associate | 5.1 | 195 | 994.50 |
| **Total** | | 5.5 | | $ 1,118.50 |
| | | Matter Fee | | $ 1,118.50 |

**Matter Disbursement Summary**

| | |
|---|---|
| | $ 0.00 |
| Automated Document Preparation | 7.00 |
| Depositions/Transcripts | 218.57 |
| Fax | 4.50 |
| Overnight Mail | 7.20 |
| Photocopying - 155 copies at 0.14 cents per copy | 21.70 |
| Postage | 4.70 |
| Computer Legal Research | 0.50 |
| Travel | 54.75 |
| | $ 318.92 |
| Matter Disbursements | $ 318.92 |

| | |
|---|---|
| Total For Professional Services Rendered | 1,118.50 |
| Total Disbursements | 318.92 |
| **Total Bill** | $ 1,437.42 |

2

# GEOMATRIX
*productions*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2004 | 9213 |

To:

Paul, Hastings, Janofsky & Walker
Ken Gage, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT  06901-2217

| Description | Rate | Amount |
|-------------|------|--------|
| RE:  Kruk v. Pechiney Plastics, et al | | |
| The Videotaped Deposition of:<br>Mr. Edward Fitzgerald recorded on September 24, 2004 | 517.50 | 517.50T |
| Expenses - Auto-Travel | 33.75 | 33.75 |

It's been a pleasure working with you!

| | |
|---|---|
| Subtotal | $551.25 |
| Sales Tax (6.0%) | $31.05 |
| Total | $582.30 |

Div. of Bavier, Bulger & Goodyear,
Inc.Tax ID# 06-0859667



270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

OCT - 1 - 2004

# GEOMATRIX
*productions*

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/29/2004 | 9214 |

To:

Paul, Hastings, Janofsky & Walker
Ken Gage, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT  06901-2217

| Description | Rate | Amount |
|-------------|------|--------|
| RE:  Kruk v. Pechiney Plastics, et al | | |
| | | |
| The Courtroom Playback of: | 850.00 | 850.00T |
| Mr. Edward Fitzgerald - Hartford Federal Court - September 28, 2004 - 3 Monitor - Full Day | | |
| | | |
| One (1) Hour Edit Prior to Playback, includes tape stock | 115.00 | 115.00T |
| | | |
| Expenses - Auto-Travel | 36.50 | 36.50 |

Thank you for your business.

| | |
|---|---|
| Subtotal | $1,001.50 |
| Sales Tax (6.0%) | $57.90 |
| Total | $1,059.40 |

**Div. of Bavier, Bulger & Goodyear,**
**Inc.Tax ID# 06-0859667**

270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com



## CERTIFICATION

This is to certify that on this 11th day of February, 2005 a copy of the foregoing **Defendant Pechiney Plastics Packaging, Inc.'s Itemized Bill of Costs** was served by overnight mail to the following counsel of record:

> John J. Evans, Esq.
> Evans Law Offices LLC
> 30 Oak Street
> Stamford, CT  06905
>
> Theodore J. Tucci, Esq.
> Robinson & Cole
> 280 Trumbull Street
> Hartford, CT  06103-3597

Kenneth W. Gage

STM/288496.1