159

**UNTIED STATE DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 FEB 10 A 10: 45
U.S. DISTRICT COURT
HARTFORD, CT.

KRUK, RITA    Plaintiff       :
                              :
v.                            :    Civil Action No: 302CV121(AVC)
                              :
BECHINEY PLASTICS, INC.,      :
AND METLIFE, INC., Dendants   :    FEBRUARY 8, 2005

**MOTION FOR LEAVE OF COURT TO FILE**
**MOTION FOR ATTORNEY'S FEES**

The plaintiff in the above entitled matter hereby moves for leave of Court to permit Plaintiff to file her Motion for Attorney's Fees, dated January 17, 2005, which is 5 days beyond the time period provided in Rule 54(d) of the Federal Rules of Civil Procedure, for the following reasons:

1.    The undersigned, Plaintiff's counsel, was out of state, between December 27, 2004, and January 15, 2005, due to a medical illness, for which he was receiving treatment. The undersigned, John J. Evans, is an insulin dependent diabetic, and during this period, was being treated with a new insulin pump, as therapy for said condition of diabetes. This thereapy began in late December, in Columbus Ohio, and continues currently, and indefinitely. The undersigned did not return to Connecticut and receive or review the Judgment of the Court in this action, dated December 28, 2004, until after the fourteen day (14) day time period for filing a motion for attorney's fees has expired.

1

---

[Handwritten margin annotation, left side:]
February 25, 2005. GRANTED. While entry of a notice of appeal generally divests the district court of jurisdiction to adjudicate any matters related to the appeal, a district court retains authority to decide matters not inconsistent with the pendency of the appeal, such as awards of attorneys' fees. See United States v. Distasio, 820 F.2d 20, 23 (1st Cir. 1987). Alfred V. Covello, U.S.D.J.
SO ORDERED.