**MANDATE**

DC/NEW HAVEN
02-CV-121
HON. Covello
HON. Smith

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
MAR 0 9 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

RITA KRUK

v.                                              DOCKET NO. 05-0574-CV

PECHINEY PLASTICS PCKG, &
METROPOLITAN LIFE INSURANCE CO.

MARCH 8, 2005

### STIPULATION OF WITHDRAWAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn, with prejudice, without costs and without attorneys' fees, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

By _____
Theodore J. Tucci, Esq.
Erin O'Brien Choquette, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
ATTORNEYS FOR APPELLANT
METROPOLITAN LIFE INS. CO.

By _____
John J. Evans, Esq.
30 Oak Street
Stamford, CT 06905
Tel.: 203-353-8880
ATTORNEY FOR APPELLEE
RITA KRUK

So ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

March 9, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED    MAR 1 4 2005