ORIGINAL



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 JAN 11  P 2: 53

U.S. DISTRICT COURT

|  |  |
|---|---|
| RITA KRUK | CIVIL ACTION NO. |
| Plaintiff, | 3:02CV121 (AVC) |
| - against - |  |
| PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE COMPANY, INC. |  |
| Defendants. | January 11, 2005 |

## DEFENDANT PECHINEY PLASTICS PACKAGING INC.S'
## MOTION FOR ATTORNEY FEES

Pursuant to Fed. R. Civ. Pro. 54(d)(2)(B) and 29 U.S.C. § 1132(g)(1), Defendant Pechiney

Plastics Packaging, Inc. ("Pechiney") by its counsel Paul, Hastings, Janofsky & Walker LLP, hereby

requests Attorneys' Fees in the above-mentioned case.

Since this case was first filed, three years ago, it was evident that the Plaintiff, Rita Kruk's

("Ms. Kruk" or "Plaintiff") ERISA claims against Pechiney were based upon nothing more than

speculation and unsupported stories of conspiracies and mystery faxes.  Unfortunately, while it was

```
3:02cv121(AVC).  April 7, 2005.  Having considered the relevant
criteria for a fee award as set forth in Chambless v. Masters,
Mates & Pilots Pension Plan, 815 F.2d 869 (2d Cir. 1987),
the court concludes that, as there is neither evidence of bad
faith nor a reason to deter another similarly situated plaintiff
from taking similar action under like circumstances, the motion
is DENIED.

SO ORDERED.
```

_____
Alfred V. Covello, U.S.D.J.

APR -7  P 2: 42
DISTRICT COURT
HARTFORD CT