

## UNTIED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRUK, RITA    PLAINTIFF | : |
| v. | : Civil Action No: 302CV121(AVC) |
| PECHINEY PLASTICS, INC., AND METLIFE, INC.,   DEFENDANTS | : JANUARY 17, 2005 |

**FILED** 2005 JAN 18 A 10: 25

### MOTION TO MODIFY JUDGMENT

The Plaintiff in the above case hereby moves to modify the judgment entered in this case, for the following reasons:

The Court held in its judgment in this case, that the Defendant, MetLife, acted arbitrarily and capriciously, in denying the long term disability claim of Plaintiff, under the ERISA LTD plan, over which the Defendant, Pechiney was the "plan administrator," and MetLife was the the "claims administrator." The Court ordered that Plaintiff's claim be remanded to the Defendant, MetLife, for further proceedings, regarding eligibility, etc. Plaintiff requests that the Court modify the judgment to hold Pechiney liable, as the plan administrator and principal, to the same extent as its agent, MetLife, so that the primarily responsible party involved, in connection with Plaintiff's disability claim, Pechiney, is bound by the actions of this Court, and of MetLife, and in order to avoid further litigation between the parties to this action.

WHEREFORE, the plaintiff respectfully requests that the the Court award attorney's fees in favor of Plaintiff in this action and against the Defendants.

[Handwritten annotation along left margin:] April 7, 2005. As this motion has been filed outside the 10 day window established by Fed. R. Civ. P. 59(e), the motion is denied for want of subject matter jurisdiction. SO ORDERED. Alfred V. Covello, U.S.D.J.

1