UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK,<br>    PLAINTIFF | :    Civil Action No. 302CV121 (AVC)<br>:<br>: |
| v. | :<br>: |
| PECHINEY PLASTIC PACKG. INC.,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, INC.,<br>    DEFENDANTS | :<br>:<br>:<br>:    APRIL 20, 2005 |

### MOTION TO RE-SCHEDULE EVIDENTIARY
### HEARING RE ATTORNEY'S FEES

Defendant, Metropolitan Life Insurance Company ("MetLife") moves the Court to re-schedule the evidentiary hearing regarding plaintiff's motion for attorney's fees. In support of this motion, MetLife states as follows:

1. On April 7, 2005, the Court granted the plaintiff's motion for attorney's fees and scheduled an evidentiary hearing on April 27, 2005 to determine the extent of fees.

2. Counsel for MetLife are unavailable on April 27, 2005. Attorney Theodore Tucci is scheduled to participate in a deposition involving multiple parties, several of whom are traveling from out-of-state, which cannot be re-scheduled. Attorney Erin Choquette will be on maternity leave commencing April 22, 2005.

3. As set forth in detail in prior pleadings, Pechiney Plastics ultimately is esponsible to MetLife for the payment of any attorney's fees awarded to the plaintiff. Accordingly, Pechiney is a real party in interest and its counsel must be present at the evidentiary hearing. Its attorneys, Kenneth Gage and Sarah Graves, are likewise unavailable on April 27th due to unavoidable scheduling conflicts.

4. In order to prepare for the evidentiary hearing, the defendants must serve discovery requests on plaintiff's counsel regarding the basis for his claimed attorney's fees. It is not possible for the defendants to propound, receive and analyze complete responses to such discovery requests prior to April 27, 2005.

5. Pechiney joins in this motion. The undersigned attempted to contact plaintiff's counsel to ascertain his position regarding this motion; however, he has not responded.

On behalf of the defendants, therefore, MetLife requests the Court to re-schedule the evidentiary hearing until early June 2005.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, postage prepaid, and facsimile, on this 20th day of April 2005 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Sarah E. Graves, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

_____
Erin O'Brien Choquette