

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 APR 20 A 11: 26

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RITA KRUK,<br>PLAINTIFF | : Civil Action No. 302CV121 (AVC)<br>:<br>: |
| v. | : |
| PECHINEY PLASTIC PACKG. INC.,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, INC.,<br>DEFENDANTS | :<br>:<br>:<br>: APRIL 20, 2005 |

## MOTION TO RE-SCHEDULE EVIDENTIARY
## HEARING RE ATTORNEY'S FEES

Defendant, Metropolitan Life Insurance Company ("MetLife") moves the Court to re-schedule the evidentiary hearing regarding plaintiff's motion for attorney's fees. In support of this motion, MetLife states as follows:

1. On April 7, 2005, the Court granted the plaintiff's motion for attorney's fees and scheduled an evidentiary hearing on April 27, 2005 to determine the extent of fees.

2. Counsel for MetLife are unavailable on April 27, 2005. Attorney Theodore Tucci is scheduled to participate in a deposition involving multiple parties, several of whom are traveling from out-of-state, which cannot be re-scheduled. Attorney Erin Choquette will be on maternity leave commencing April 22, 2005.

3. As set forth in detail in prior pleadings, Pechiney Plastics ultimately is esponsible to MetLife for the payment of any attorney's fees awarded to the plaintiff. Accordingly, Pechiney is a real party in interest and its counsel must be present at the evidentiary hearing. Its attorneys, Kenneth Gage and Sarah Graves, are likewise unavailable on April 27th due to unavoidable scheduling conflicts.

---

*[Handwritten annotation in left margin:]* April 20, 2005. GRANTED. The matter is continued to June 9, 2005 at 2:00 pm. SO ORDERED.

Alfred V. Covello, U.S.D.J.