UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA KRUK                                          :
                                                   :
        Plaintiff,                                 :
V.                                                 :        CIVIL NO. 3:02 CV 121 (AVC)
                                                   :
PECHINEY PLASTICS PACKAGING, INC.                  :
and METROPOLITAN LIFE INSURANCE                    :
COMPANY, INC.                                      :
                                                   :
        Defendants.                                :        JUNE 2, 2005

## MOTION TO RESCHEDULE
## HEARING ON ATTORNEY'S FEES

        Defendant, Metropolitan Life Insurance Company ("MetLife") moves the Court to

reschedule the evidentiary hearing regarding plaintiff's motion for attorney's fees. In support of

this motion, MetLife states as follows:

        1.      On April 20, 2005, MetLife filed an initial motion for extension of time regarding

the scheduling of the attorney's fees hearing in this case. The initial motion for extension of time

was based upon both the unavailability of counsel and the need to obtain documentation from

plaintiff relating to her claim for attorney's fees. A copy of the initial motion is attached at Tab

A.

        2.      The Court granted MetLife's motion and rescheduled the attorney's fees hearing

for June 9, 2005.

3.      On April 27, 2005, MetLife served a subpoena duces tecum on plaintiff's counsel in order to obtain the production of documents relevant to the attorney's fees claim.

4.      On May 11, 2005, plaintiff filed a motion to quash MetLife's subpoena for records relating to the attorney's fees claim. MetLife filed its opposition to plaintiff's motion to quash on May 18, 2005.

5.      The motion to quash remains pending before the Court. MetLife cannot adequately prepare for a hearing on the issue of attorneys' fees until such time as it receives documents responsive to its subpoena.

6.      Despite the filing of a motion to quash, plaintiff's counsel indicated that he would produce a copy of the retention agreement in place with plaintiff and copies of all documents relating to costs and expenses. On May 17, 2005, plaintiff's counsel wrote to the undersigned indicating that he expected to produce such documents "late this week" (Tab B). Late yesterday, MetLife received fax copies of documents purporting to represent costs and expenses incurred in the prosecution of the ERISA claim. MetLife still has not received a copy of the retention letter or fee agreement between plaintiff's counsel and his client.

7.      MetLife's counsel attempted to contact plaintiff's counsel to ascertain his position on this motion, but no response was received.

8.      MetLife cannot properly defend its interests on the question of attorney's fees in the absence of necessary documents relating to that claim. Moreover, the lack of complete information will also hamper the Court's ability to make an informed and fair ruling on plaintiff's request for fees.

In light of the foregoing, MetLife respectfully requests that the hearing on attorney's fees be rescheduled for a date thirty (30) days after the Court rules on the motion to quash.[1]

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

---

[1]  An extension of time for at least thirty days is also necessary because Pechiney's counsel will be unavailable due to other case commitments during the latter part of June.

**CERTIFICATION**

This is to certify that a copy of the foregoing Motion to Reschedule Hearing on

Attorney's Fees was sent via facsimile on this 2nd day of June, 2005, to:

John J. Evans, Esq.
Law Office of John J. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Theodore J. Tucci



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA KRUK,                          :
    PLAINTIFF                    :     Civil Action No. 302CV121 (AVC)
                                :
       v.                         :
                                :
PECHINEY PLASTIC PACKG. INC.,       :
METROPOLITAN LIFE INSURANCE         :
COMPANY, INC.,                      :
    DEFENDANTS                   :     APRIL 20, 2005

## MOTION TO RE-SCHEDULE EVIDENTIARY
## HEARING RE ATTORNEY'S FEES

Defendant, Metropolitan Life Insurance Company ("MetLife") moves the Court to re-schedule the evidentiary hearing regarding plaintiff's motion for attorney's fees.   In support of this motion, MetLife states as follows:

1.    On April 7, 2005, the Court granted the plaintiff's motion for attorney's fees and scheduled an evidentiary hearing on April 27, 2005 to determine the extent of fees.

2.    Counsel for MetLife are unavailable on April 27, 2005.  Attorney Theodore Tucci is scheduled to participate in a deposition involving multiple parties, several of whom are traveling from out-of-state, which cannot be re-scheduled.  Attorney Erin Choquette will be on maternity leave commencing April 22, 2005.

3.    As set forth in detail in prior pleadings, Pechiney Plastics ultimately is esponsible to MetLife for the payment of any attorney's fees awarded to the plaintiff.  Accordingly, Pechiney is a real party in interest and its counsel must be present at the evidentiary hearing.  Its attorneys, Kenneth Gage and Sarah Graves, are likewise unavailable on April 27th due to unavoidable scheduling conflicts.

4.    In order to prepare for the evidentiary hearing, the defendants must serve discovery requests on plaintiff's counsel regarding the basis for his claimed attorney's fees.  It is not possible for the defendants to propound, receive and analyze complete responses to such discovery requests prior to April 27, 2005.

5.    Pechiney joins in this motion.  The undersigned attempted to contact plaintiff's counsel to ascertain his position regarding this motion; however, he has not responded.

On behalf of the defendants, therefore, MetLife requests the Court to re-schedule the evidentiary hearing until early June 2005.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

Theodore J. Tucci (ct05244)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, postage

prepaid, and facsimile, on this 20th day of April 2005 to the following:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Sarah E. Graves, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Erin O'Brien Choquette

# B

# EVANS LAW OFFICES, LLC
### JOHN J. EVANS, ATTORNEY AT LAW
### 30 OAK STREET, Suite 102
### STAMFORD, CONNECTICUT 06905
#### (203) 353-8880

Fax No: (203) 359-4597

May 17, 2005

Theodore J. Tucci, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Re:    <u>Kruk vs. Pechiney Plastics Packaging, Inc., et al. No.3:02-CV-121 (AVC)</u>

Dear Ted:

I received your fax today, regarding the above case, and must inform you that because of my medical issues, I am working on a somewhat reduced schedule. Since I had deposition today, and two client meetings, and have been trying to keep up with currently pending litigation matters, I have not accumulated or gathered the documents to send to you, but will do so as soon as I possibly can, which I expect will be late this week.

Thank you for your attention to this matter.

Very truly yours,

John J. Evans, Esq.

JJE/cm
Dictated but not read
Via:   Fax # 1-860-275-8299