D

174

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA KRUK                                          :
                                                   :
    Plaintiff,                                  :
V.                                                 :    CIVIL NO. 3:02 CV 121 (AVC)
                                                   :
PECHINEY PLASTICS PACKAGING, INC.                  :
and METROPOLITAN LIFE INSURANCE                    :
COMPANY, INC.                                      :
                                                   :
    Defendants.                                 :    JUNE 2, 2005

### MOTION TO RESCHEDULE
### HEARING ON ATTORNEY'S FEES

Defendant, Metropolitan Life Insurance Company ("MetLife") moves the Court to reschedule the evidentiary hearing regarding plaintiff's motion for attorney's fees. In support of this motion, MetLife states as follows:

1.    On April 20, 2005, MetLife filed an initial motion for extension of time regarding the scheduling of the attorney's fees hearing in this case. The initial motion for extension of time was based upon both the unavailability of counsel and the need to obtain documentation from plaintiff relating to her claim for attorney's fees. A copy of the initial motion is attached at Tab A.

2.    The Court granted MetLife's motion and rescheduled the attorney's fees hearing for June 9, 2005.

*June 3, 2005. Granted to the extent that the court will continue this matter to August 30, 2005 at 2:00 pm. SO ORDERED.*

*Alfred V. Covello, U.S.D.J.*

HARTFORD CT
U.S. DISTRICT COURT
2005 JUN -2 P 4:03
FILED