UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK | : |
| | : |
| Plaintiff, | : |
| V. | : CIVIL NO. 3:02 CV 121 (AVC) |
| | : |
| PECHINEY PLASTICS PACKAGING, INC. | : |
| and METROPOLITAN LIFE INSURANCE | : |
| COMPANY, INC. | : |
| | : |
| Defendants. | : JULY 18, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and D. Conn. L. Civ. R. 7(6), defendant Metropolitan Life Insurance Company ("MetLife") hereby moves for an extension of time in which to respond to plaintiff's Motion for Contempt dated June 23, 2005. As grounds for the requested extension of time, MetLife states as follows:

1. Plaintiff's Motion for Contempt, although dated June 23, 2005, was not filed with the Court or received in the office of MetLife's counsel until June 30, 3005;

2. Plaintiff's Motion for Contempt was received in the office of MetLife's counsel during a period of time when the undersigned counsel for MetLife was out of the office on vacation.

3. The undersigned counsel for MetLife is currently involved in a multi-party litigation matter that requires approximately 20-30 depositions to be completed within the next six weeks. The undersigned's co-counsel, Erin O'Brien Choquette, is currently on a maternity leave of absence.

4.  The undersigned counsel for MetLife requires additional time to review the lengthy record in this case in order to respond properly to the allegations made in plaintiff's Motion.

WHEREFORE, MetLife respectfully requests an extension of time for an additional ten days from the original deadline until August 1, 2005. This is MetLife's first request for an extension of time. The undersigned has contacted plaintiff's counsel, who has not responded with a position on this motion for extension of time.

**DEFENDANT**
**METROPOLITAN LIFE INSURANCE COMPANY**

Theodore J. Tucci (ct05249)
ttucci@rc.com
Erin O'Brien Choquette (ct18585)
echoquette@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing Motion For Extension of Time was sent via facsimile on this 18th day of July, 2005, to:

John J. Evans, Esq.
Law Office of John J. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Theodore J. Tucci