FILED
2005 JUL 18 P 4: 14

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RITA KRUK         :
                  :
    Plaintiff,    :
V.                :   CIVIL NO. 3:02 CV 121 (AVC)
                  :
PECHINEY PLASTICS PACKAGING, INC.  :
and METROPOLITAN LIFE INSURANCE    :
COMPANY, INC.                      :
                  :
    Defendants.   :   JULY 18, 2005

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b) and D. Conn. L. Civ. R. 7(6), defendant Metropolitan Life Insurance Company ("MetLife") hereby moves for an extension of time in which to respond to plaintiff's Motion for Contempt dated June 23, 2005. As grounds for the requested extension of time, MetLife states as follows:

1. Plaintiff's Motion for Contempt, although dated June 23, 2005, was not filed with the Court or received in the office of MetLife's counsel until June 30, 3005;

2. Plaintiff's Motion for Contempt was received in the office of MetLife's counsel during a period of time when the undersigned counsel for MetLife was out of the office on vacation.

3. The undersigned counsel for MetLife is currently involved in a multi-party litigation matter that requires approximately 20-30 depositions to be completed within the next six weeks. The undersigned's co-counsel, Erin O'Brien Choquette, is currently on a maternity leave of absence.

July 21, 2005. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.