## UNTIED STATE DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRUK, RITA    PLAINTIFF | : |
| | : |
| v. | : Civil Action No: 302 CV 121(AVC) |
| | : |
| PECHINEY PLASTICS, INC., | : |
| MEAUSSONE, JEAN PAUL, AND | : |
| MET LIFE, INC.,    DEFENDANTS | : JUNE 23, 2005 |

### MOTION FOR CONTEMPT AGAINST DEFENDANT METLIFE

The Plaintiff in the above entitled matter hereby moves that this Court hold the Defendant, Metropolitan Life Insurance Company, Inc., in contempt of this court's judgment and orders dated December 28, 2004, for the following reasons:

1. After a full trial, thousands of pages of exhibits, and post trial briefs by the parties, this Court entered Judgment in the above case, against MetLife, and ordered MetLife to make a "new eligibility determination, with consideration to be given to information that should have been made part of the administrative record…" To date, MetLife has not complied with this Court's orders. Although the Code of Federal Regulations requires that a review of a claim denial be conducted within 60 days, the Defendant has also ignored federal law, and failed to take any action whatsoever, within this time period, to reevaluate Plaintiff's disability claim.

More than three months after the Court's ruling, and after hearing nothing from MetLife, regarding its renewed eligibility determination, as ordered by this Court, on April 6, 2005, the undersigned wrote to Mr. Sal Marchese, the claims review specialist of MetLife, who testified at trial, to

*[Margin annotations: "DENIED. August 19, 2005. SO ORDERED. Alfred V. Covello, U.S.D.J."]*

1