### UNTIED STATE DISTRICT COURT
### DISTRICT OF CONNECTICUT

KRUK, RITA    PLAINTIFF     :

                      :

         v.                  :     Civil Action No: 302CV121(AVC)

                      :

PECHINEY PLASTICS, INC., AND  :

METLIFE, INC.,   DEFENDANTS   :     AUGUST 29, 2005

### SUPPLEMENT TO MOTION
### FOR ATTORNEY'S FEES AND COSTS

The plaintiff in the above entitled matter hereby supplements her motion for attorney's fees, dated January 17, 2005, which was previously granted by the Court, except as to the amount, which has yet to be determined.  In connection with this motion, Plaintiff has attached hereto as Exhibit A, a computer timesheet, dated February 5, 2005, showing all time invested in this case, which is a log of time contemporaneously recorded with the investment of such time.  This time, shown in Exhibit A attached hereto, differs somewhat from the total time shown in Plaintiff's original motion for attorney's fees, dated January 17, 2005, due to clerical errors contained therein, for the following reasons:

1.     At the time that Plaintiff's motion for attorney's fees was prepared, a networking problem existed with the computer network in the office of Plaintiff's counsel, preventing the computer program, containing the contemporaneous records of the time invested by Plaintiff's counsel in this case, to be printed to the network printer.  The time and billing software is on an older computer, and the time entries could only be shown on the computer screen, but could not be printed.  Therefore, each of these time entries was entered into a word

1

3.    Plaintiff also claims costs of this action, and asks the Court to award expenses and costs in favor of Plaintiff, all of which are have been paid and the amounts of which evidenced by the receipts attached hereto as Exhibits 1 through 10, as follows:

| | | |
|---|---|---|
| 1. | State Marshall J. Antinerella-service of summons and Complaint-1/28/02: | $  176.80 |
| 2. | Court Filing Fee: | 150.00 |
| 3. | Sanders, Gale & Russell-Ann Wallace Deposition fees: | 460.46 |
| 4. | Subpoena of Dr. David Witt, 9/24/04: | 99.80 |
| 5. | Subpoena of BLACK Rock Medical Group, 9/24/04 | 31.80 |
| 6. | Subpoena of Denise Paci, R.N, 9/27/04 | 113.80 |
| 7. | Subpoena of MetLife, 9/20/04 | 50.80 |
| 8. | Subpoena of Ann (Billie) Wallace, 9/21/04 | 31.80 |
| 9. | Subpoena of Pechiney Plastic Packaging, 9/21/04 | 57.80 |
| 10. | Holiday Inn Express, Hartford, hotel for Plaintiff's counsel who's office is in Stamford: | 535.77 |
| | TOTAL DISBURSEMENTS: | $1,708.83 |

In addition, since Plaintiff's motion for attorney's fees was filed in January, 2005, there has been significant further time spent in this matter, relating to post trial motions and production of documents, and which has been required, as a result of the proceedings in this matter.  Plaintiff attaches hereto as Exhibit B, the timesheet showing time contemporaneously kept, since January 13, 2005, the last date recorded on the prior timesheet, and Plaintiff further requests the award of time spent on August 30, 2005, for the trip to the hearing in Hartford for this motioin.

WHEREFORE, the plaintiff respectfully requests that the Court award in favor of Plaintiff in this action and against the Defendant, MetLife, total attorney's fees, through 1/13/05, as per Exhibit A, attached hereto, for 327.70 hours, in the

amount of $90,117.50, plus fees from 1/13/05 through 8/26/05 for 16.1 hours, in

the amount of $4,427.50, plus disbursements of $1,708.83, for a total award of

$96,253.83.

RESPECTFULLY REQUESTED,
THE PLAINTIFF,

By

John J. Evans, her attorney
Law Office of John J. Evans
30 Oak Street
Stamford, CT   06905
(203)353-8880
Fed. Bar No. ct06288

## OATH AND AFFIRMATION

Personally appeared, John J. Evans, as counsel for Plaintiff, who did swear to the truth of the foregoing facts contained in this supplemental motion, on this 30ᵗʰ day of August, 2005.

Notary Public   Howard G. Shuffman
Commissioner of Superior Court

## ORDER

The above motion, having come before this Court, it is hereby ordered that

Plaintiff's motion for attorney's fees is approved in the amount of _____,

and it is further ordered as follows:

_____

_____

4

_____
Hon. Alfred. J. Covello, U.S.D.J.


## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed to all counsel and pro se parties of record as listed below this 29th day of August, 2005.
    30TH

Theodore J. Tucci, Esq.
Erin K. O'Brien, Esq.
Robinson & Cole.
280 Trumbull Street
Hartford, CT 06103-3597

_____
John J. Evans, Esq.

5