## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK, PLAINTIFF | : |
| | : Civil Action No. 302CV121 (AVC) |
| v. | : |
| | : |
| PECHINEY PLASTIC PACKG. INC., | : |
| METROPOLITAN LIFE INSURANCE | : |
| COMPANY, INC., DEFENDANTS | : August 30, 2005 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for defendant, Metropolitan Life Insurance Company, in this action. Attorneys Theodore J. Tucci and Erin O. Choquette will continue to serve as counsel for this defendant.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

_____
Elizabeth A. Fowler (ct 23584)
efowler@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 30th day of August, 2005:

John L. Evans, Esq.
Law Office of John L. Evans
30 Oak Street
Stamford, CT 06905

Kenneth W. Gage, Esq.
Melissa L. Bellavia, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901

Elizabeth A. Fowler