

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 SEP -1  A 11: 52

| | |
|---|---|
| RITA KRUK, PLAINTIFF | : |
| | : Civil Action No. 302CV121 (AVC) |
| v. | : |
| | : |
| PECHINEY PLASTIC PACKG. INC., | : |
| METROPOLITAN LIFE INSURANCE | : |
| COMPANY, INC., DEFENDANTS | : August 30, 2005 |

### WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for defendant, Metropolitan Life Insurance Company, in this action. Attorneys Theodore J. Tucci and Erin O. Choquette will continue to serve as counsel for this defendant.

DEFENDANT
METROPOLITAN LIFE INSURANCE
COMPANY

_____
Elizabeth A. Fowler (ct 23584)
efowler@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No. (860) 275-8200
Fax No. (860) 275-8299

September 1, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED
2005 SEP -1  P 5:27
DISTRICT COURT
HARTFORD, CT.

HART1-1070572-1