UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RITA KRUK<br><br>                Plaintiff,<br><br>v.<br><br>PECHINEY PLASTICS PACKAGING, INC. and METROPOLITAN LIFE INSURANCE CO., INC.<br><br>                Defendants. | NO. 3:02CV121 (AVC)<br><br><br><br><br><br><br><br>SEPTEMBER 15, 2005 |

## DEFENDANT PECHINEY PLASTICS PACKAGING, INC.'S AMENDED ITEMIZED BILL OF COSTS

Defendant Pechiney Plastics Packaging, Inc.("Pechiney"),by its counsel Paul, Hastings, Janofsky & Walker LLP, submits this Amended Itemized Bill of Costs pursuant to United States District Court Local Rules of Civil Procedure ("L. Civ. R.") Rule 54.[1] Pechiney is entitled to submit a Bill of Costs as a prevailing party because a jury returned a verdict in its favor on September 29, 2004.

### I. FEES OF THE COURT REPORTER

Pursuant to L. Civ. R. 54, Pechiney seeks reimbursement for the following costs: the statutory costs of deposition transcripts that were necessarily obtained for use in this case.

---

[1] In its original Bill of Costs, Pechiney submitted available documentation on the costs of deposition transcripts. Since that time, the original invoices have been obtained, which requires an amendment to the Bill of Costs for the transcripts of two depositions, those of Jean Paul Meaussone and Ashok Sethi. The original invoices are included with this amended filing.

## Deposition Transcripts

| DEPONENT | DATE | AMENDED COST |
|---|---|---|
| Edward Fitzgerald | 9/24/04 | $1,073.91 |
| Rita Kruk | 7/22/02 | $610.88 |
| Rita Kruk | 8/15/03 | $615.86 |
| Jean Paul Meaussone | 9/26/02 | $244.82 |
| Ashok Sethi | 9/26/02 | $305.27 |
| Anne Wallace | 11/4/02 | $218.57 |
| TOTAL COST | | $3,069.31 |

**All back-up documentation with relevant remittance relating to the above costs is attached hereto at Tab 1.**

## II. COSTS FOR VIDEO TAPED DEPOSITION

Pursuant to L. Civ. R. 54, Pechiney seeks the following statutory reimbursable cost for video testimony necessary or convenient in the trial.

| | |
|---|---|
| Video taped deposition of Edward Fitzgerald used for trial exhibit | $582.30 |
| Courtroom playback of video taped deposition | $1,059.40 |
| **TOTAL COST** | **$1,642.00** |

**All back-up documentation relating to the above cost is attached hereto as Tab 2**

**AMENDED GRAND TOTAL OF ALL COSTS**                                    **$4,711.31**

DATED: September 15, 2005     DEFENDANT,
PECHINEY PLASTICS PACKAGING, INC.

By: _____
Kenneth W. Gage, Esq. (ct12965)
Sarah E. Graves, Esq. (ct15897)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: kennethgage@paulhastings.com
       sarahgraves@paulhastings.com
Its Attorneys

# TAB 1

# ESQUIRE™
## DEPOSITION SERVICES
### CORPORATE SERVICES DIVISION
A Hobart West Company

Esquire Corporate Services Division
Esquire Deposition Services, LLC
Tax ID # 22-3779684
5410 NW 33rd Avenue, Suite 100
Ft. Lauderdale, Florida 33309
(888)486-4044 / (888)486-6007

OCT - 4 2004

546350   DEL V01

| INVOICE NUMBER | DATE |
|---|---|
| 129724CSD | 09/28/04 |

To: Paul, Hastings, Janofsky & Walker
1055 Washington Blvd
10th Floor
Stamford, CT 06901

ATTN : KENNETH GAGE, ESQUIRE

Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION: KRUK VS PECHNEY PLASTICS

SERVICES PROVIDED ON 09/22/04:
EDWARD FITZGERALD       1- 113   113 PGS @ $4.00         452.00    O+1

DAILY EXPEDITE SURCHARGE         113 @  $4.00            452.00
ASCII DISK                                                25.00
CONDENSED TRANSCRIPT                                      25.00
STATE SALES TAX                                           79.91
SHIPPING & HANDLING                                       20.00
ADMINISTRATIVE FEE                                        20.00
MBL**** BILL LAW FIRM ****
**PLEASE NOTE INV # ON REMIT**
BILLED BY BELKIS RAMIREZ
THANK YOU

BALANCE DUE                                TOTAL    1,073.91  Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(800)833-4011
Fax (973)377-9543

↓ Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

ESQUIRE CORPORATE SERVICES DIVISION      JOB: 546350   TOT: $1073.91
P.O. BOX 827829                          INVOICE #: 129724CSD
PHILADELPHIA, PA 19182-7829              DATE: 09/28/04
Tax ID # 22-3779684

Paul, Hastings, Janofsky & Walker
Attn: KENNETH GAGE, ESQUIRE
1055 Washington Blvd
10th Floor
Stamford, CT 06901



ESQUIRE™
DEPOSITION SERVICES
CORPORATE SERVICES DIVISION
A Hobart West Company

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
ONE CANTERBURY GREEN
STAMFORD, CT 06901

INVOICE NO.　　9698
INVOICE DATE:　7/26/2002
REPORTER:
JACQUELINE McCAULEY

ATTN: KENNETH GAGE, ESQ.

*RITA KRUK VS. PECHINEY PLASTIC PACKAGING, INC.*

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 7/22/2002 | DEPOSITIONS: RITA KRUK | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 117.00 | 3.90 | 456.30 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| 7/26/2002 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 7.00 | 7.00 |
| | SALES TAX | 1.00 | 32.60 | 32.60 |
| | | | Sub Total | 575.90 |
| | | | Paid | 575.90 |
| | | | Balance Due | 0.00 |

**PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
CITYPLACE I
185 ASYLUM STREET
HARTFORD, CT 06103

ATTN: KENNETH GAGE, ESQ.

INVOICE NO.          9790
INVOICE DATE:    8/05/2002
REPORTER:
JACQUELINE McCAULEY

*RITA KRUK VS. PECHINEY PLASTIC PACKAGING, INC., ET AL*

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 7/22/2002 | DEPOSITIONS: RITA KRUK | 1.00 | | |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 8/05/2002 | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 1.98 | 1.98 |
| | Sub Total | | | 34.98 |
| | Paid | | | 34.98 |
| | Balance Due | | | 0.00 |

**PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
ONE CANTERBURY GREEN
STAMFORD, CT 06901

ATTN: KENNETH GAGE, ESQ.

*RITA KRUK VS. PECHINEY PLASTIC
PACKAGING, INC., ET AL*

INVOICE NO.            9890
INVOICE DATE:     8/19/2002
REPORTER:
JACQUELINE McCAULEY

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 8/15/2002 | DEPOSITIONS: RITA KRUK (VOL.2) | 1.00 | | |
| | ORIG. & 1 COPY @ $3.90 | 120.00 | 3.90 | 468.00 |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 8/19/2002 | JURAT PREPARATION | 1.00 | 10.00 | 10.00 |
| | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 34.86 | 34.86 |
| | | | Sub Total | 615.86 |
| | | | Paid | 615.86 |
| | | | Balance Due | 0.00 |

**PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
ONE CANTERBURY GREEN
STAMFORD, CT 06901

ATTN: KENNETH GAGE, ESQ.

INVOICE NO.        10244
INVOICE DATE:     9/30/2002
REPORTER:
JACQUELINE McCAULEY

ID#:  06-0768608

*RITA KRUK VS. PECHINEY PLASTIC PACKAGING, INC., ET AL*

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 9/26/2002 | DEPOSITIONS: ASHOK SETHI (126) | 1.00 | | |
| | JEAN PAUL MEAUSSONE (95) | 1.00 | | |
| | PAGES, 1 COPY @ $1.95 | 221.00 | 1.95 | 430.95 |
| | ASCII DISK (2 DEPOSITIONS) | 1.00 | 30.00 | 30.00 |
| | MINITRANSCRIPT @ $25.00 | 2.00 | 25.00 | 50.00 |
| 9/30/2002 | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 31.14 | 31.14 |

Sub Total  550.09
Paid       550.09
Balance Due  0.00

**PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT**

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT 06504
203-624-4157
1-800-824-4541

DAY, BERRY & HOWARD
ONE CANTERBURY GREEN
STAMFORD, CT 06901

ATTN: KENNETH GAGE, ESQ.

*RITA KRUK VS. PECHINEY PLASTIC
PACKAGING, INC., ET AL*

INVOICE NO.        10699
INVOICE DATE:   11/22/2002
REPORTER:
VIKTORIA STOCKMAL

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 11/04/2002 | DEPOSITIONS: ANN WALLACE | 1.00 | | |
| | PAGES, 1 COPY @ $1.95 | 76.00 | 1.95 | 148.20 |
| | E-MAIL (FINAL DRAFT) | 1.00 | 25.00 | 25.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 11/22/2002 | DELIVERY | 1.00 | 8.00 | 8.00 |
| | SALES TAX | 1.00 | 12.37 | 12.37 |

Sub Total    218.57
Paid              218.57
Balance Due    0.00

**PLEASE REMIT ONE COPY OF INVOICE WITH PAYMENT**

# TAB 2

OCT — 1 2004

# GEOMATRIX
*productions*

# Invoice

| Date | Invoice # |
|---|---|
| 9/29/2004 | 9213 |

To:

Paul, Hastings, Janofsky & Walker
Ken Gage, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT 06901-2217

| Description | Rate | Amount |
|---|---|---|
| RE: Kruk v. Pechiney Plastics, et al | | |
| The Videotaped Deposition of: Mr. Edward Fitzgerald recorded on September 24, 2004 | 517.50 | 517.50T |
| Expenses - Auto-Travel | 33.75 | 33.75 |

It's been a pleasure working with you!

| | |
|---|---|
| Subtotal | $551.25 |
| Sales Tax (6.0%) | $31.05 |
| Total | $582.30 |

Div. of Bavier, Bulger & Goodyear,
Inc. Tax ID# 06-0859667



270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

OCT -1- 2004

# GEOMATRIX
*productions*

# Invoice

| Date | Invoice # |
|---|---|
| 9/29/2004 | 9214 |

To:

Paul, Hastings, Janofsky & Walker
Ken Gage, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT 06901-2217

| Description | Rate | Amount |
|---|---|---|
| RE: Kruk v. Pechiney Plastics, et al | | |
| The Courtroom Playback of: Mr. Edward Fitzgerald - Hartford Federal Court - September 28, 2004 - 3 Monitor - Full Day | 850.00 | 850.00T |
| One (1) Hour Edit Prior to Playback, includes tape stock | 115.00 | 115.00T |
| Expenses - Auto-Travel | 36.50 | 36.50 |

Thank you for your business.

| Subtotal | $1,001.50 |
|---|---|
| Sales Tax (6.0%) | $57.90 |
| Total | $1,059.40 |

Div. of Bavier, Bulger & Goodyear,
Inc. Tax ID# 06-0859667



270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

## CERTIFICATION

This is to certify that on this 15th day of September, 2005 a copy of the foregoing **Defendant Pechiney Plastics Packaging, Inc.'s Amended Itemized Bill of Costs** was served by regular mail to the following counsel of record:

    John J. Evans, Esq.
    Evans Law Offices LLC
    30 Oak Street
    Stamford, CT  06905

    Theodore J. Tucci, Esq.
    Robinson & Cole
    280 Trumbull Street
    Hartford, CT  06103-3597

                                                 Kenneth W. Gage

STM/302899.1