cv121 Supplement

184

# UNTIED STATE DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRUK, RITA   PLAINTIFF | : | |
| | : | |
| v. | : | Civil Action No: 302CV121(AVC) |
| | : | |
| PECHINEY PLASTICS, INC., AND | : | |
| METLIFE, INC.,  DEFENDANTS | : | AUGUST 29, 2005 |

## SUPPLEMENT TO MOTION
## FOR ATTORNEY'S FEES AND COSTS

The plaintiff in the above entitled matter hereby supplements her motion for attorney's fees, dated January 17, 2005, which was previously granted by the Court, except as to the amount, which has yet to be determined. In connection with this motion, Plaintiff has attached hereto as Exhibit A, a computer timesheet,

```
3:02cv000121(AVC).  January 23, 2006.  On January 17, 2005, the
court determined that the plaintiff was entitled to an award of
attorneys fees and costs after succeeding at trial on her ERISA
claim.  The plaintiff has requested some $94,545.00 in attorneys
fees and $1,708.83 in costs.  The defendant, Metlife, has raised
numerous objections, arguing that the fee claim should be denied
in part because it includes non-compensable items, to include
fees for discovery beyond the production of the claim file,
requests compensation for time invested in pressing Title VII
claims against a co-defendant and fails to identify with
particularity the extent to which time was spent defending
MetLife's motion for summary judgment.  Further, MetLife argues
that the plaintiff is not entitled to recover fees for pursuing
untenable claims or frivolous strategies and, in any event, the
claim should be reduced to reflect the plaintiff's counsel's
inadequate documentation of his fee claim and his spoliation of
evidence.  Having reviewed the record, the court will sustain
each objection except to the extent Metlife asserts that it would
be inappropriate for the court to award fees for discovery
conducted beyond the claim file.  The motion for attorneys fees
and costs (document nos. 184 and 186) are therefore GRANTED in
part.  In light of the objections, the court will reduce the fees
requested by 20% and award a total of $75,636.00.  Costs
requested by the plaintiff in the amount of $1,708.83 are hereby
awarded in full.  The additional fees requested in the
plaintiff's October 4, 2005 submission are denied.

SO ORDERED.
```

                                            Alfred V. Covello, U.S.D.J.

**EXHIBIT A**